UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Charisse Samantha Moore

_____

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

Fox News

_____

_____

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☒ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ **Federal Question**

☐ **Diversity of Citizenship**

## A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Federal Hate Crimes

Interstate Stalking

Human Trafficking

## B. If you checked Diversity of Citizenship

### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Charisse Samantha Moore_ , is a citizen of the State of
(Plaintiff's name)

_New York_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
      (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _Fox News_____, is incorporated under the laws of

the State of _New York_____

and has its principal place of business in the State of _New York_____

or is incorporated under the laws of (foreign state) _N/A_____

and has its principal place of business in _New York_____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Charissa_     _S._     _Moore_
First Name     Middle Initial     Last Name

_I do not have a home at this time._
Street Address

_____

County, City        State        Zip Code

_917-744-8153_        _Charssi.Samantha@proton.me_
Telephone Number        Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    Ryann                    Duffy Saucier

First Name                    Last Name

Vice President Legal Affairs, Fox News

Current Job Title (or other identifying information)

1211 Avenue of the Americas

Current Work Address (or other address where defendant may be served)

New York, New York        New York

County, City                    State            Zip Code

Defendant 2:

First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State            Zip Code

Defendant 3:

First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State            Zip Code

Defendant 4: _____

    First Name              Last Name

    Current Job Title (or other identifying information)

    Current Work Address (or other address where defendant may be served)

    County, City          State         Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: *New York, Georgia, North Carolina, Texas, Ireland, United Kingdom*

Date(s) of occurrence: *2014 Present*

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

*Please see attached.*

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

TBD

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

$ 25,000,000 +

See Case Name s/ Moore v. Stripe, Inc.; Case Number 1:24 CV-02799-JPO

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| July 15, 2024 | Charise Moore |
| Dated | Plaintiff's Signature |
| Charise            S.            Moore | |
| First Name     Middle Initial     Last Name | |
| I do not have a home at this time. | |
| Street Address | |

| | | |
|---|---|---|
| County, City | State | Zip Code |
| 917-244-0153 | Charise Sanrantre@proton.me | |
| Telephone Number | Email Address (if available) | |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes    ☐ No

    If you do consent to receive documents electronically, submit the completed form with your
    complaint. If you do not consent, please do not attach the form.



# CHARISSE S. MOORE
## HR TRANSFORMATION CONSULTANT

415.940-6805

CharisseSM8@proton.me

www.linkedin.com/in/
charissemoore

New York, NY

## SKILLS

HR Strategy

HR Operations

HR Compliance

HR Process Design

Payroll Strategy

Process Improvement

Project Management

Proposal Development

Change Management

Vendor Management

## TECHNOLOGY APPLICATIONS

Workday HCM

Workday Payroll

ADP GlobalView

ADP Streamline

ADP Workforce Now

ServiceNow

Microsoft Office Suite

## PROFESSIONAL PROFILE

Driven and passionate HR professional who leverages strategy, project management and communications experiences to design and deliver HR initiatives focused on people, process and technology. Part strategist and tactician, who applies analytical skills in the interpretation, development and management of policies and procedures to ensure HR regulatory compliance. Skilled communicator who thrives in building cross-functional relationships to ensure project transparency and synergies.

## EXPERIENCE

### PROGRAM MANAGER
Stripe, Inc. | May 2022 – July 2023
As Payroll Program Manager, served as an internal Business Partner and cultivating strong relationships across the Finance Operations, Corporate Tax, People, Corporate Technology, Legal and Mergers & Acquisitions (M&A) teams.
*Program Management*
- Led the programmatic standup of the Payroll organization, to include strategic planning and provided guidance to internal and cross-functional stakeholders on Payroll best practices and operational enhancements
- Established Payroll Governance by identifying key process owners and stakeholders to the Payroll, Tax, Finance Operations, HR and HR Tech organizations, identifying their upstream and downstream impacts across policy, process and technology to drive key Stripe initiatives
- Leveraged Asana to build out programs, project plans and tasks, identifying key milestones to drive Payroll, HR and Finance Operations transformational efforts
- Reviewed current state payroll processes and documented current state gaps and future state process remediation opportunities, to include the US and Canadian Leave of Absence processes
- Served as Lead on key internal initiatives, such as Global HR, Payroll and Tax data privacy rules and regulations buildout, M&A wind-down operations and Workday Security enhancements across Workday US Payroll, Absence and Time (PATT)

### SENIOR CONSULTANT
Deloitte Consulting LLP | February 2015 – March 2018; April 2019 – November 2021
Deloitte Consulting LLP, Human Capital leverages research and industry insights to help design and execute critical business driven HR programs. As Senior Consultant, provide HR and Global Payroll Advisory services on a diverse scope of project engagements focused on HR and Payroll strategy, technology service delivery and operational excellence.
*Strategy*
- Partnered with client teams to design and implement HR and Payroll programs, to support business strategies focusing on operational effectiveness, technology enablement and employee experience
- Partnered with 20+ clients to analyze HR and Payroll strategy against leading practices and maturity model frameworks to identify current state, future state vision, guiding principles and roadmap initiatives aligned to business drivers
- Co-authored Global Payroll Risk Assessment, analyzing payroll / payroll tax operations, processes, data and technology complexity across 23 countries measuring business scalability and readiness
- Defined and designed Global Payroll Operating, Service Delivery and Governance Models, inclusive of vendor performance metrics – SLAs and KPIs
- Crafted Business Case comparing current operating expenditure against future state implementation, ongoing, integration and customer success (post go-live) costs
- Developed Roadmap prioritizing key initiatives, identifying cross-functional interdependencies and phased implementation timelines based on complexity of transformation



# CHARISSE S. MOORE
## HR TRANSFORMATION CONSULTANT

415.940.6805

CharisseSM8@proton.me

www.linkedin.com/in/
charissemoore

New York, NY

## EDUCATION

**MASTER of SCIENCE**
Human Resource Management
Florida International University

**BACHELOR of ARTS**
Business Management,
minor International Business
Florida International University

## AFFILIATIONS

Society of Human Resource
Management

Project Management Institute

## CERTIFICATIONS

**PROFESSIONAL IN HUMAN
RESOURCES (PHR)**
HR Certification Institute
(HRCI)

**CERTIFIED PROFESSIONAL
(SHRM – CP)**
Society of Human Resource
Management

**Workday HCM Certified**

**Workday Payroll Certified**

## EXPERIENCE (continued)

### SR HR CONSULTANT (continued)
*Technology Service Delivery*
- Enhanced M&A Carve-out and Global Payroll organization stand-up, through accurate and timely Day 1 payroll runs across 30+ countries executed by the implementation ADP Streamline and Workforce Now
- Built Global Payroll Services Catalog conducting deep dive research and analysis of HR statutory and Payroll tax requirements across 30+ countries across APAC, EMEA, LATAM and NA regions
- Supported Workday US Payroll implementation for ~40K employees across 50 states by configuring complex payroll calculations in partnership with Compensation, Benefits, Time and Absence process owners
- Elicited requirements using interviews, document analysis, requirements workshops, business process analysis to write concise functional, technical and security requirements and use cases

*Change Management*
- Executed communications strategy and plan, to include positioning, messaging, tactics and sequencing of activities in partnership with HR, Benefits and Payroll across 30+ countries
- Designed and executed knowledge transfer communications deliverables to support change adoption across Workday Payroll, Benefits and Time for ~40K employees across US and Canada
- Partnered with Global Process Owner to develop standardized payroll policies, processes, SOPs and job aid templates to be implemented across 50+ countries

### SENIOR CONSULTANT
Ernst & Young LLP | March 2018 – January 2019
Ernst &Young LLP, People Advisory Services partners with clients to assess and design HR and Payroll technology strategies, integrating leading practices, processes and technology enablers in support of organizational transformation. As Senior Consultant, provide Workforce Management Advisory services on project engagements focused on HR and Payroll service delivery and technology strategies.

*Strategy*
- Led team of four (4) practitioners to build Global Payroll playbook to enable Payroll Transformation defining the future state Strategy, Operating & Service Delivery Model and Technology considerations supporting 70k+ employees across 40 countries
- Conducted Global Payroll, Time and Attendance policy harmonization analyzing and documenting policies and processes of 32 Payroll and 25 Time and Attendance systems
- Led Current State Assessment, to document HR, Payroll and Time & Attendance systems, policies, integrations and data governance processes against business requirements

*M&A Technology Separation Strategy*
- Led M&A due diligence of HCM and Payroll technology, across 19 countries within EMEA and NA regions, analyzing current state systems, policies, processes and future state requirements
- Evaluated current state technology costs, identifying future state consolidation of nine (9) vendor contracts with potential cost savings of $750K

### SENIOR PROJECT MANAGER
Texas Tech University | August 2012 – January 2014
Texas Tech University is a public research university focusing on STEM research and initiatives. As Senior Project Manager, collaborated with professors, department chairs and college deans to identify and submit strategic proposals aligned with the strategic direction and objectives of the University.

*Proposal Development | Project Management*
- Led the development of 10+ Federal large-scale proposals valued at $1M+ through the proposal lifecycle, by defining strategic win themes, compliance review and submission
- Led transdisciplinary team to receive $1.5M National Institutes of Health (NIH) grant, increasing College of Human Sciences funding to engage students in STEM
- Crafted external / internal communications, by researching and analyzing Federal, State and Local regulations and distilling key points as part of University messaging
- Developed detailed proposal schedules, project estimates, resource plans, and status reports; tracked key proposal milestones and adjusted project plans to align with submission timeline



# Victim Information

| | |
|---|---|
| Name: | Charisse Samantha Moore |
| Are you reporting on behalf of a business? | Yes |
| Business Name: | AT&T |
| Is the incident currently impacting business operations? | Yes |
| Age: | 40 - 49 |
| Is the victim aged 17 or under? | |
| Address: | 140 East 56th Street |
| Address (continued): | Apt 4A |
| Suite/Apt./Mail Stop: | |
| City: | New York |
| County: | New York |
| Country: | United States of America |
| State: | New York |
| Zip Code/Route: | 10022 |
| Phone Number: | 4159406805 |
| Email Address: | CharisseSM8@proton.me |
| Business IT POC, if applicable: | Jeremy Legg, Chief Technology Officer, https://www.linkedin.com/in/jeremylegg?original_referer=https%3A%2F%2Fwww.google.com%2F |
| Other Business POC, if applicable: | Jon Summers, Chief Information Officer, https://www.linkedin.com/in/jonsummersatt |

# Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

My name is Charisse S. Moore, MS and I am the victim of a multi-year stalking scheme. The multi-year stalking scheme ranges in timelines from 2021 - Present, possibly earlier than the provided timeline, as I met the suspected stalkers in 2011 in the State of Mississippi, 2013 in the State of Florida, 2021 in the State of Georgia and additional timelines are unknown as of Sunday, April 21, 2024.

This document is supplied to support the original United States Southern District of New York, Employment Discrimination Complaint – s/Moore v. Stripe, Inc.
https://www.pacermonitor.com/public/case/53122472/Moore_v_Stripe,_Inc

Due to the long-term nature of the multi-year Interstate Stalking scheme, the following Federal Complaints have been filed to support each business:
- As of April 11, 2024, an Employment Discrimination Complaint was filed with the United States, Southern District of New York against Stripe, Inc.
- As of April 13, 2024, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of Ant Financial Group.
- As of April 13, 2024, an updated United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of Stripe, Inc.
- As of April 14, 2024, an US Securities Exchange Commission (SEC) Whistleblower Complaint was filed on behalf of Snap, Inc. / Snapchat.
- As of April 15, 2024, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of Deloitte Consulting, LLP.
- As of April 15, 2023, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of Ernst & Young, LLP.
- As of April 19, 2024, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of RedHat, an IBM Company.

About Me
Between May 2022 – July 2023, I, Charisse S. Moore was a Payroll Program Manager at Stripe, Inc. where, I served as an internal Business Partner and cultivated strong relationships across the Finance Operations, Corporate Tax, State and Local Tax (SALT), Employment Legal, HR and HR Technology teams. Stripe, Inc. is a multi-national organization (MNC) with dual headquarters in San Francisco, California, and Dublin, Ireland. Stripe, Inc. has offices located globally with key market hubs in Dublin, San Francisco, Seattle, Chicago, New York, London, Bangalore and Singapore.

Prior to Stripe, Inc., I was a HR Strategy and Transformation Consultant at Deloitte Consulting, LLP and Ernst & Young, LLP with eight (8) years of experience across HR and Payroll Strategy, Operations, Technology and Mergers & Acquisitions (M&As) for Fortune 500 clients.

Technology Abuse activities to include, but not limited to, the following:
- Wi-Fi hacking was under contract with AT&T
    - AT&T Password 2022 - SolisMoonDior9!
        - The targeting, stalking, hacking and harassment of me is so bad that Elon Musk, Founder of Tesla, Founder of SpaceX and initial Angel Investor in Stripe, Inc. and the House of Christian Dior partnered together to create the 2023 Dior Carousel of Dreams that sat on top of the Saks Fifth Avenue store during November 2023 - January 2024.

AT&T WiFi and Cable - February 25, 2021
Diagnostic information
Box ID: 0812114e-00b9-4398-ac34-9023f5a4f13f
Versions: Boot ROM: 2.7833, Client: 2.6.31312.24(RELEASE)
Network connection: Connected
Box IP: Network not available
12:04 PM
Network not available: The TV receiver is connected to the network but is unable to interact with the Inter connection device.
Login attempt result: Fail: Failed to get discovery bootstrap

Apple - September 27, 2021
Hide My Email
Keep your personal email address private by creating a unique, random address that forwards to your personal inbox and can be deleted at any time.
gels_slots.05@icloud.com

AT&T - October 2, 2021
AT&T Wi-Fi Gateway Service Light
If the service light is off, it means Wireless Gateway is not powered on
Has not obtained a broadband connection
Has stopped attempting to activate on the network

Apple - February 17, 2022 2:39AM
iCloud Notifications (20 minutes ago)
Private Relay Unavailable
"ATT5zb2mux" is not connected to the internet.
21m ago
With Private Relay turned off, this network can monitor your internet activity, and your
IP address is not hidden from known trackers or websites." Apple's current
wording does not allow for the possibility that iCloud Private Relay is unavailable because it has been disabled in the Settings app. Jan 12, 2022
iCloud Private Relay keeps your internet activity private
Private Relay hides your IP address and browsing activity in Safari and protects your unencrypted internet traffic so that no one - including Apple — can see who
Private Relay is currently in beta. Some websites may have issues, like showing content for the wrong region or requiring extra steps to sign in.
Private Relay is temporarily unavailable.
ATT5zb2mux is not connected to the internet. You may need to log in or acknowledge the terms and conditions for using this network. Private Relay will automatically turn back on when you're connected to the internet.

Apple - June 23, 2022
Your Apple ID and phone number are now being used for iMessage and FaceTime on a new Apple Watch.

If you recently signed into "Charisse's
Apple Watch" you can ignore this

AT&T - August 15, 2022
AT&T Free Message: Valued Customer, thanks for doing business with AT&T. We'll text you soon for some feedback about
your contact with Lamar R. Survey texts are free.
Reply STOP at any time to cancel and opt out of this survey.
1 of 6: How satisfied are you with Lamar R's ability to assist you with your service request?
1=Very DISSATISFIED
2=Dissatisfied
3=Neutral
4=Satisfied
5=Very SATISFIED
Text Message

Apple iPhone on AT&T Network - August 22, 2022
Moved into Lincoln at Dilworth in Charlotte, North Carolina (https://www.lincolnatdilworth.com/lincoln-at-
dilworth/floorplans)9:29:59PM EST - AKFollowUpExtension wants to make changes, Enter your password to allow this
9:47:15PM EST - System Preferences wants to make changes, Enter your password to allow this10:08PM EST - Apple ID
Sign In Requested charissem9@gmail.com, Your Apple ID is being used to sign in to an iPhone near Milton, GA.

Apple - August 22, 2022
Two-Factor
Authentication
A message with a verification code has been sent to your trusted devices. Enter the code to continue.
Apple ID Sign In Requested charissem9@gmail.com
Your Apple ID is being used to sign in to an iPhone near Milton, GA.

AT&T Cable Wireless Network Setup - August 27, 2022
New Cable Setup
MAC: 64:FF:0A:02:A2:4C

Apple - December 18, 2022
FROM: Apple.
MSG: Apple: Your account is currently under review.Please
Complete the following form and avoid restriction.
http://www.us.visit-redirect.jmqu-restarts.xwjq/ms.shop
Regards, Apple Inc.
APPLE-6G4DG91LL.

Samsung TV - March 8, 2023
Apple iPhone on AT&T Network
Bluetooth
[TV] Samsung 7 Series (50)
PLTN-RB1VO

Apple - April 13, 2023
iPhone Not Backed Up - 42m ago
It's been 2 weeks since the last backup for this iPhone (charissem9@gmail.com).
Backups happen when this iPhone is connected to power, locked, and on Wi-...

Possible Big Four Connection
Brenda Cecelia Duenas Hill held a KPMG Technology Executive call and discussed Uber without Charisse S. Moore being
able to leave the room. This is the first time that Charisse S. Moore / Charisse S. Musk is addressing this issue which is a
known conflict with KPMG, to have people in the room listening to Confidential Client calls.
(https://www.linkedin.com/in/brendaceciliahill)
    - Siran Kumar, KPMG is an Accounting Intern at KPMG, identity the relationship to Brenda Cecelia Duenas Hill, KPMG,
Sector Executive of Technology, Media and Telecom industry at KPMG. (https://www.linkedin.com/in/simran-kumar-
405b42191?original_referer=https%3A%2F%2Fwww.google.com%2F)
    - Brenda Cecelia Duenas Hill, KPMG is the reason that Siran Kumar, KPMG received Charisse S. Moore's old apartment
140 East 56th Street, Apt 4A, New York, New York 10022.

- Michael Hill is the Head of Portfolio Trading at Santander, focused on Latin America (LATAM). Michael Hill is Brenda Cecelia Duenas Hill's husband (https://www.linkedin.com/in/michael-hill-b463888)

As a former Deloitte Consulting, LLP and Ernst & Young, LLP HR Strategy & Transformation Consultant , I, Charisse S. Moore, am well aware of the Confidential nature of Client relationships.
- Deloitte Consulting, LLP - Technology, Media and Telecommunications
- Ernst & Young, LLP - Technology, Media and Telecommunications


# Information About The Subject(s) Who Victimized You

| | |
|---|---|
| Name: | Ryanne Duffie Saucier |
| Business Name: | Fox News |
| Address: | 1211 Avenue of the Americas |
| Address (continued): | Floor 2 |
| Suite/Apt./Mail Stop: | |
| City: | New York |
| Country: | United States of America |
| State: | New York |
| Zip Code/Route: | 10002 |
| Phone Number: | 2128527000 |
| Email Address: | ryanne.saucier@gmail.com |
| Website: | https://www.linkedin.com/in/ryannedsaucier |
| IP Address: | |

| | |
|---|---|
| Name: | Daniel (Dan) Saucier |
| Business Name: | Keller Knapp Realty |
| Address: | 3335 Hidden Trail Road SE |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Smyrna |
| Country: | United States of America |
| State: | Georgia |
| Zip Code/Route: | 30080 |
| Phone Number: | 6016240283 |
| Email Address: | dssaucier@gmail.com |
| Website: | https://www.linkedin.com/in/dan-saucier-064a4246 |
| IP Address: | |

| | |
|---|---|
| Name: | Terry Duffie |
| Business Name: | Scenic Productions |
| Address: | 416 North Oates Street |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Dothan |
| Country: | United States of America |
| State: | Alabama |
| Zip Code/Route: | 36303 |
| Phone Number: | |
| Email Address: | kim@scenicproductions.com |
| Website: | https://www.linkedin.com/in/terry-duffie-65062035 |
| IP Address: | |

| | |
|---|---|
| Name: | Tara Roseanne Duffie, MA, DNP, PMHNP-BC |
| Business Name: | Vanderbilt University |
| Address: | University Counseling Center |
| Address (continued): | 2015 Terrace Place |
| Suite/Apt./Mail Stop: | |

City:                           Nashville
Country:                        United States of America
State:                          Tennessee
Zip Code/Route:                 37203
Phone Number:
Email Address:
Website:                        https://www.vanderbilt.edu/ucc/person/2356/
IP Address:


Name:                           Ingrid Jones, Licensed Mental Health Counselor (
Business Name:                  Nova Southeastern University / Broward College
Address:                        Change to Grow
Address (continued):            5850 Coral Ridge Drive
Suite/Apt./Mail Stop:           Suite 314
City:                           New York
Country:                        United States of America
State:                          New York
Zip Code/Route:                 10022
Phone Number:                   9546211206
Email Address:                  ingrid@changetogrow.com
Website:                        https://www.linkedin.com/in/ingridjoneslmhc
IP Address:


Name:                           Ashley Herd, Emory University School of Law
Business Name:                  @ManagerMethod, HR Podcast focusing on HR Tools
Address:
Address (continued):
Suite/Apt./Mail Stop:
City:                           Atlanta
Country:                        United States of America
State:                          Georgia
Zip Code/Route:
Phone Number:
Email Address:
Website:                        linkedin.com/in/ashleyherd
IP Address:


Name:                           Fani Willis, Emory University School of Law
Business Name:                  Fulton County District Attorney
Address:                        136 Pryor St. SW
Address (continued):            Room 300
Suite/Apt./Mail Stop:
City:                           Atlanta
Country:                        United States of America
State:                          Georgia
Zip Code/Route:                 30303
Phone Number:
Email Address:                  customerservice@fultoncountyga.gov
Website:                        https://www.linkedin.com/in/faniwillis
IP Address:


Name:                           Brenda Cecelia Duenas Hill
Business Name:                  KPMG
Address:                        290 Weaver Street
Address (continued):
Suite/Apt./Mail Stop:
City:                           Larchmont
Country:                        United States of America

State:                              New York
Zip Code/Route:                     10258
Phone Number:
Email Address:                      brendacd1121@gmail.com
Website:                            https://www.linkedin.com/in/brendaceciliahill
IP Address:


Name:                               Michael Hill
Business Name:                      Santander
Address:                            290 Weaver Street
Address (continued):
Suite/Apt./Mail Stop:
City:                               Larchmont
Country:                            United States of America
State:                              New York
Zip Code/Route:                     10258
Phone Number:                       6467174974
Email Address:                      Michaeljhill55@gmail.com
Website:                            https://find-and-update.company-
                                    information.service.gov.uk/officers/J9WjnjnZdcp3XUUWal5RsrYvNW4/
                                    appo
IP Address:

# Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

> Seasons of Life
> 3 messages
> Charisse Moore <charissem9@gmail.com> To: Dan Saucier <dssaucier@gmail.com>
> Thu, Apr 28, 2022 at 6:04 PM
>   Dan,
> I got your voicemail from Sunday, April 17, 2022, as well as your and Ryanne's email from the same day.
> I am confused as to why you continue to reach out, as previously stated on Thursday, February 17, 2022, some unexpected
> things have popped up, I am and will continue to spend a lot of time devoted to these areas and may not be able to hang out
> as much. I will reach out to you all when the time is right.
> You've expressed that Elias feels hurt. I am sorry that Elias feels hurt. My intention was never to hurt Elias.
> A friendship gives space for each individual to prioritize their responsibilities, goals, needs and wants. If an individual is
> labeled as selfish for prioritizing their responsibilities, goals, needs and wants in a friendship, that is not a friendship – that
> is a form of control.
> I have been a good friend to both you and Ryanne and have always used kind words towards you both. In your voicemail,
> your tone was angry, your words were not kind and you cursed at me.
> I do not tolerate someone trying to control me, nor do I tolerate someone cursing at me.
> Given the continued boundary crossing(s) – while I have enjoyed the times that were spent together, this friendship no
> longer works for me.
> Do not contact me again, by any means or in any way; this includes Ryanne as well. I wish you both well.
> Charisse
> Charisse Moore <charissem9@gmail.com> To: Rachel Luppino <Rmluppino@gmail.com>
> Begin forwarded message:
> [Quoted text hidden]
> Charisse Moore <charissem9@gmail.com> To: agilgeous@yahoo.com
> Thu, May 5, 2022 at 11:41 AM
>     Sun, May 22, 2022 at 11:16 AM
> https://mail.google.com/mail/u/0/?ik=46883b6c86&view=pt&search=a...simpl=msg-f:1732001438097915468&simpl=msg-
> f:17333540001251861159 Page 1 of 2
> Gmail - Seasons of Life 5/30/23, 1:27 PM
> Sent from my iPhone
> Begin forwarded message:
> [Quoted text hidden]

Are there any other witnesses or victims to this incident?

AT&T,
- Jeremy Legg, Chief Technology Officer, https://www.linkedin.com/in/jeremylegg?
original_referer=https%3A%2F%2Fwww.google.com%2F
- Jon Summers, Chief Information Officer, https://www.linkedin.com/in/jonsummersatt

Apple
- Craig Federighi, Chief Technology Officer, https://www.apple.com/leadership/craig-federighi/
- Timothy Campos, Chief Information Officer, https://www.linkedin.com/in/timothycampos

Deloitte Consulting, LLP
- Bill Briggs, Global and US Technology Officer, https://www2.deloitte.com/ca/en/profiles/bbriggs.html
- Mark White, Global Consulting Technology CTO, https://www2.deloitte.com/se/sv/profiles/mawhite.html

Ant Financial Group
- Xingjun NI, Senior Vice President、 Chairman of Technology Strategy Committee,
https://www.antgroup.com/en/about/leadership/xingjun-ni
- Zhifeng ZHOU, Senior Vice President、 General Counsel, https://www.antgroup.com/en/about/leadership/zhifeng-zhou?
title=Ant%20Group%20Management%20Team&type=leader

Snap, Inc. / Snapchat
- Bobby Murphy, Chief Technology Officer, https://www.google.com/url?
sa=t&source=web&rct=j&opi=89978449&url=https://www.linkedin.com/in/bobby-murphy-558927b4&ved=2ahUKEwi83-
KK_72GAxXQEBAIHfAkDwAQFnoECDUQAQ&usg=AOvVaw3v6ZpVR2JQ9250ZI_jvTFy
- Evan Spiegel, Chief Executive Officer, https://investor.snap.com/governance/leadership-team/default.aspx

Stripe, Inc.
- Dave Singleton, Chief Technology Officer, https://www.linkedin.com/in/davidpsingleton
- Joe Camilleri, Chief Information Officer, https://www.linkedin.com/in/joe-camilleri-4392a24

Secret Intelligence Service
- MI6, newsdesk@fcdo.gov.uk
- GCHQ careers@recruitmentteam.org.uk

Fox News Corporate
- Irena Briganti, Senior Executive Vice President, Corporate Communications - FOX News Media - Irena.Briganti@fox.com
- Porter Berry, President and Editor-in-Chief of FOX News Digital - Porter.Berry@fox.com

KPMG
- Matt Bishop, Chief Technology Officer, https://kpmg.com/xx/en/home/contacts/b/matt-bishop.html

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

Cobb County Police Department - February 17, 2022, April 28, 2022, May 13, 2022
Charlotte-Mecklenburg Police Department
- January 15, 2023: Contacted the Charlotte-Mecklenburg Police Department to perform a search of my apartment due to possible hidden cameras located within the fire alarms in the apartment. There was a noted uptick of visitors to the Lincoln at Dilworth apartment complex at multiple points of the days to coincide with my walks with Jax (7:30am, 12:30pm, 4:30pm, 7:30pm and sometimes 9:30pm)
- Tuesday, March 21, 2023: Again, contacted the Charlotte-Mecklenburg Police Department to perform a search of may apartment due to possible hidden cameras, break-ins and to discuss mischievous behavior within my side of the apartment complex.
    - Tuesday, March 21st - Case Number 20230321155300
- Thursday, March 23, 2023: Again, contacted the Charlotte-Mecklenburg Police Department to perform a search of may apartment due to possible hidden cameras, break-ins and to discuss mischievous behavior within my side of the apartment complex. The Responding Officer was Officer Jackson, and it took Officer Jackson two (2) hours to come to my apartment after the initial call to the Charlotte-Mecklenburg Police Department.
    - Thursday, March 23rd - Case Number 20230323101700
2023 | While a resident at 140 East 56th Street in New York, New York, I strongly believe that there were HIDDEN CAMERAS installed in my apartment and the following activities took place:

- Thursday, July 13, 2023: Contacted the New York Police Department to perform a search of my apartment due to hidden cameras within the bathroom medicine cabinet. The hidden camera was highlighted through the use of the Hidden Camera Detector - Peek. Case Number - 311-15222434

Check here if this an update to a previously filed complaint: ☐

## Who Filed the Complaint

Were you the victim in the incident described above? Yes
Name:
Business Name:
Phone Number:
Email Address:

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S.Code, Section 1001)

Digital Signature: Charisse Samantha
                Moore

## The Sauciers - Racism

**Unauthorized Publishing of Therapy Sessions > Doxxing > Swarming >** 
 **> Activities**

### What is doxxing and what can you do if you are doxxed?

( )

- — "According to the International Encyclopedia of Gender, Media, and Communication, doxxing is the of a person's private information online without their consent, often with malicious intent. This includes the sharing of phone numbers, home addresses, identification numbers and essentially any sensitive and previously private information, such as personal photos that could make the victim identifiable and potentially exposed to further harassment, humiliation and real-life threats including stalking and unwanted encounters in person.
- — While anyone can be doxxed, women are more likely to be targets of mass online attacks, leaks of their sensitive media, such as sexually explicit imagery that was stolen or shared without consent and unsolicited and sexualized messages."

### What is doxxing, and why is it so scary?

( )

- — "It's almost a given that you have personal information available online. Beyond social media and online discussion boards, there are public records of and , as well as assembled by credit-rating agencies.
- — Taken individually, many of these pieces of information are benign. So you cast a ballot in the 2016 presidential election, have a child enrolled at a particular public elementary school, or once posted a comment on a local newspaper site objecting to institutional racism. A great many people know those things – even strangers. The harm doesn't come until someone figures out how to put these pieces together and then publishes it all online.
- — This kind of revelation is called " ," an old internet term that comes from the idea of collecting the documents, or "docs," on a person. The effort to discover and reveal personal information, of course, ."

### Swarming and the Social Dynamics of Group Violence

National Institutes of Health (NIH) | National Library of Medicine | National Center for Biotechnology Information

By 

( )

- — "The phenomenon of swarming - the unexpected gathering of large numbers of people in particular public locales. Swarming may or may not feature violence. It does, however, involve

large crowds - crowds that may occasionally transform into 'mobs'. The size of the crowd is what also transforms a private home or private party into a public event via the spilling out of people on to footpaths and surrounding streets and lawns.

— The confrontational style of the police - especially if they showed up in numbers, and in riot gear - was seen to be a precipitating cause of the subsequent crowd violence. In other words, understanding of group behaviour and crowd dynamics is also about understanding how the escalation of violence is sometimes linked to the type and intensity of police intervention itself.

— Raves: Communication via mobile phone, internet links and friendship networks were essential to the spontaneity of the gathering, since the time and location were usually only shared out at the last moment.

**Dynamics of group violence:** In the context of a large crowd, the rules become even less defined. Mob rule is precisely about lack of restraint, the unbridled use of force against an opponent. In small-scale fight situations a ritual mediator may step in to end the potential escalation of conflict (for example a mate who intervenes to cool things down; Moore 1994: 76). In crowd situations, such mediation is much less likely. Rather, the transformation into the mob precludes such mediation and opens the door to unrestrained violence.

— One theme of this paper is that not all forms of collective violence are the same, and that analysis of causal reasons and the microdynamics of specific types of violence reveal great variation in the specific nature of the violence.

— Across the events and groups associated with violence that have been identified, certain commonalities can be noted. These include:
    — active use of new communication technologies such as mobile phones, combined with access to motor vehicles, allowing for quick mobilisation of large groups of people in particular locations - hence the capacity to 'swarm'
    — an emphasis on excitement, thrill-seeking, and taking collective control over particular public areas and local territories - hence an assertion of self and social identity via certain types of activities
    — defiance and resistance in relation to authority figures such as the police, and antagonistic, frequently physical and verbal abuse of law enforcement officers - hence a disregard for normal conventions and laws
    — events marked by a degree of unpredictability, due to the diversity and anonymity of participants, and the volatile nature of crowd behaviour - hence a general lack of clarity regarding the rules of engagement surrounding the use of violence
    — the media frequently playing a major role in reflexively creating violent events by publicising them in advance, sensationalising them when they occur, and exaggerating the enormity of particular events relative to 'the Australian way of life' - hence the stimulation and provocation to violence is to some extent inspired by the mass media itself."

— In Smyrna, Georgia, May 2022
— In Charlotte North Carolina; December 2022 - March 2023

**Emergence of Swarming Behavior: Foraging Agents Evolve Collective Motion Based on Signaling**
**National Institutes of Health (NIH) | National Library of Medicine | National Center for Biotechnology Information**

By ⸻ 1,2,* and ⸻ 1

( ⸻ )

— "Swarming is the phenomenon in which a large number of individuals organize into a coordinated motion. Using only the information at their disposition in the environment, they are able to aggregate together, move en masse or migrate towards a common direction.

— In an effort to test the multiple theories, the past decades counted several experiments involving real animals, either inside an experimental setup [13–15] or observed in their own ecological environment [16]. Those experiments present the inconvenience to be costly to reproduce. Furthermore, the colossal lapse of evolutionary time needed to evolve swarming makes it almost impossible to study the emergence of such behavior experimentally.

— Computer modeling has recently provided researchers with new, easier ways to test hypotheses on collective behavior. Simulating individuals on machines offers easy modification of setup conditions and parameters, tremendous data generation, full reproducibility of every experiment, and easier identification of the underlying dynamics of complex phenomena.

— Reynolds [17] introduces the boids model simulating 3D swarming of agents called boids controlled only by three simple rules:
  — Alignment: move in the same direction as neighbours
  — Cohesion: remain close to neighbours
  — Separation: avoid collisions with neighbours"

**Predator confusion is sufficient to evolve swarming behaviour**
**National Institutes of Health (NIH) | National Library of Medicine | National Center for Biotechnology Information**

By ⸻ ,1,4 ⸻ ,2,4 ⸻ ,3,4 ⸻ ,2,4 and ⸻ ,2,4

( ⸻ )

— "To study the effects of predator confusion on the evolution of swarming, we create an agent-based simulation in which predator and prey agents interact in a continuous two-dimensional virtual environment. Each agent is controlled by a Markov network (MN), which is a stochastic state machine that makes control decisions based on a combination of sensory input (i.e. vision) and internal states (i.e. memory) [40]. We coevolve the MNs of predators and prey with a genetic algorithm (GA), selecting for MNs that exhibit behaviours that are more effective at consuming prey and surviving, respectively. Certain properties of the sensory and motor behaviour of predators and prey are implemented as constraints that model some of the differences between predators and prey observed in nature (e.g. relative movement speed, turning agility, and, for predators, maximum consumption rate). Predator confusion, described in more detail below, is implemented as a constraint on predator

perception that can be varied experimentally."

## HOW COVERT AGENTS INFILTRATE THE INTERNET TO MANIPULATE, DECEIVE, AND DESTROY REPUTATIONS

The Intercept | By

One of the many pressing stories that remains to be told from the Snowden archive is how western intelligence agencies are attempting to manipulate and control online discourse with extreme tactics of deception and reputation-destruction. <!--more-->

- "But, here, I want to focus and elaborate on the overarching point revealed by all of these documents: namely, that these agencies are attempting to control, infiltrate, manipulate, and warp online discourse, and in doing so, are compromising the integrity of the internet itself.
- Among the core self-identified purposes of JTRIG are two tactics:
    - (1) to inject all sorts of false material onto the internet in order to destroy the reputation of its targets; and
    - (2) to use social sciences and other techniques to manipulate online discourse and activism to generate outcomes it considers desirable.
        *Note: I found this article online while in Seattle, Washington in April 2023.*

## NATIONAL INSTITUTE HEALTH (NIH) - RESEARCH

**Emotions during the Covid-19 pandemic: Fear, anxiety, and anger as mediators between threats and policy support and political actions**

(                                                              )

- "The COVID-19 pandemic has significantly changed the lives of most people. It has been described as the most severe global health disaster of modern times by the United Nations. No doubt such a major crisis influences what citizens think of different policies, and how they become politically active, not to mention, the forceful emotional experiences that the COVID-19 pandemic brings. This study evaluates how emotions affect support for policies related to restricting the spread of the virus and economic assistance, and how emotions affect intentions to engage politically. In an experiment ($N = 1,072$), we manipulated emotional reactions to threat by highlighting different aspects of the pandemic. Our findings show that different experimental treatments elicit different emotions, and that fear, anxiety, and anger are all related to policy support and political action intentions, but in different ways. Fear and anger predict support for restrictive policies to limit the spread of the virus, while anxiety predicts support for economic policies. Anger and anxiety, but not fear, increase intentions to engage politically. Hence, we find support for a mechanism where different aspects of the COVID-19 crisis evoke different emotional reactions, which in turn affects policy support and political actions differently."

**************************************************

**Activities of Interest**

**2021 - COVID-19 Pandemic**

After hanging out with ⟨redacted⟩ , ⟨redacted⟩ and their child for many years, Thanksgiving, Christmas and/or New Year's traditions, something drastically changed in 2021. Although, I think the plan was started on November 12, 2020, when Ryanne asked if I was coming to Smyrna, Georgia (in the Atlanta metro) area for Thanksgiving. I declined the offer due to the COVID-19 Pandemic and lack of vaccines at the time. I however did mention to ⟨redacted⟩ ⟨redacted⟩ that I was seriously considering moving to Atlanta when my apartment lease was up in May 2021.

- **OF INTEREST:** In September 2020, Ryanne Duffie Saucier sent a text message "that after a wild two weeks she accepted a role as Senior Counsel at Fox News."

In April 2021, I planned on traveling to Atlanta to look for an apartment and I cannot remember who reached out first, myself or Ryanne and ⟨redacted⟩ ...I flew to Atlanta in mid-April 2021 and stayed with Ryanne and Dan as they insisted.

**Fall 2021**

And I will never forget ⟨redacted⟩ stating in November / December 2021, "*get her, she is Jewish!*" out of nowhere. I had no clue what ⟨redacted⟩ was talking about at the time, but later saw Abby Grossberg from Fox News speaking out about her discrimination lawsuit in April 2023. I strongly sense that Ryanne was talking about Abby Grossberg, when Ryanne Duffie Saucier said "*get her, she is Jewish*" in her own house, as I was a guest to watch College and/or NFL football that day.

Discipline, Order, Sequence - Ryanne Duffie Saucier likes to target single individuals who hold minority status via race, gender, religion (Jewish and/or Catholic), and place of birth.

*Ryanne Duffie Saucier coworkers*
**Cumulus Media**
- **2018 | Andy Hubson / Andy Kersting from Cumulus Radio**
  - 
    - See Charisse Moore_Friend Issue 2022_04.24_CCPD document.

**Fox News**
- **2021 | Abby Grossberg from Fox News**
  - 
  -

- "In the statement, Grossberg said she repeatedly told Fox lawyers that she had an inoperable company-issued cellphone that she used during 2020 election coverage. Fox lawyers told her to hang on to the device but never searched it or copied her files, as they did with her other phones, according to the statement.
- Grossberg was fired in March after she filed a lawsuit claiming that Fox lawyers coerced her into giving misleading testimony in the Dominion case and that she was being made a scapegoat for the network's 2020 election coverage. Fox says she was fired for divulging privileged information.
- Grossberg, in the new affidavit, said a forensic expert recently pulled two recordings off the broken phone that she recorded using an app called Otter, which simultaneously records and creates text transcriptions of audio files. The recordings, which she details in the affidavit and audio of which was shared with NBC News, are of phone interviews she participated in with Maria Bartiromo: one with Sen. Ted Cruz, R-Texas, and another with two sources who claimed to know about Dominion voter fraud."
  - **OF SIGNIFICANT IMPORTANCE:** Ryanne Duffie Saucier is the Vice President of Legal Affairs for Fox News Stations.

*Daniel (Dan) Saucier former boss*
**Mississippi Development Authority**
- **2021 - Present | Me, Charisse S. Moore**
  - **Summer / Fall 2021 -** . . .        asked me if I was thinking of starting a business, and if so, if he could join me. And Ryanne Duffie Saucier promptly asked me if she could look at my financials. I was stunned and intrigued that Ryanne wanted to look at my financials.

**Fall 2021 | Discussions about race with The Sauciers**
- **Fall 2021 -** . . .     started a conversation about . . .        ,               and blackface paintings in an open house. Totally random comment, with no sense of purpose for the comment.
- .   .    .      also brought up a comment that an old and dear coworker made, that was of a racial nature. I do not know why Dan keeps bringing up the comment, especially when he knows that that coworker is near and dear to many of our in our department at MDA.
- I shared with Ryanne and Dan that my Uncle Tony (Anthony Smith) is of Ashkenazi Jewish descent in the fall of 2021.
- I shared pictures of my cousins Errol, Stephen and Jennifer who are biracial and are the niece and nephews of the Governor-General of Jamaica,              and one of my cousins lived in the Atlanta, Georgia area.
- I shared a picture of my Mother's house in Boca Raton, Florida.
- At the time, I recall Ryanne Duffie Saucier and Dan Saucier stating that they wanted to move their child to a school that has more diversity.

## Comment on Judaism

- **November / December 2021** - And I will never forget              stating "**get her, she is Jewish!**" out of nowhere. I had no clue who           was talking about at the time.
- My mother, Leslie-Anne Haffenden-Moore and I have lots of friends (who we consider family) in the New York and South Florida Jewish community.  We do not focus on people's ethnicity, religion, race, gender, gender expression or who people love.
- In April 2023, I saw Abby Grossberg from Fox News speaking out about her discrimination lawsuit in April 2023. I strongly sense that Ryanne was talking about Abby Grossberg, when Ryanne Duffie Saucier said "**get her, she is Jewish**" in her own house, as I was a guest to watch College and/or NFL football that day.

## Reflecting on prior experiences related to Interstate Stalking by The Duffies and/ or The Sauciers

- Ryanne Duffie Saucier and her family Terry Duffie and particularly Tara Duffie are people of interest, as I know understand that Tara Duffie is a Psychiatric Mental Health Nurse Practitioner at Vanderbilt University.  At the time, I was processing the death of my brother Winston Alexander Moore, Jr. and had calls with Ingrid Jones.
- **NOTE:** In Summer 2021, Dan Saucier stated that he had a Bachelor degree in Psychology. This contrasted with what Daniel Saucier stated in 2011, a Bachelor's degree in Political Science.

## Possible related Technology Hacking discussion point of Interest

- **May 2020 | Minted:** Includes the following information - Email addresses, names, passwords, phone numbers, physical addresses

**May 2, 2020 |** 40th Birthday Wishes video request from Ryanne Duffie Saucier for Dan Saucier

## Super Soul Sunday discussion with Ingrid Jones

- In May 2020, I listened to Oprah's Super Soul Sunday podcast and heard of the book     by Dr. Edith Eger. This book,       has been described as the companion book to             . Both Dr. Viktor Frankel and Dr. Edith Eger were prisoners in the Holocaust.
- In 2016, When my brother Winston Alexander Moore, Jr. passed away, I continued to read the Bible (from end-to-end) and also read the book             by Viktor Frankel. This book,           is one of the most difficult books that I have ever read, as the book described Viktor Frankel's experience in    .
  - In 1995,  as part of the Boyd H. Anderson International Baccalaureate Program I went on a parent funded trip to five (5) countries, to include - Greece, Italy, Austria, Switzerland and Germany. While in Germany, we visited the Holocaust Concentration camp -    .
  - I will always remember standing by what was described as a gas chamber, and I

thought that people died in that gas chamber. I stood outside the doors of the gas chamber for 20 minutes and cried hard, really hard. My classmate, Katey Ray, Maggie Ray, Lisa Ramsey, Ben Ramsey, Jodi Ramsey, and others came to get me from the gas chamber around and was I turned to walk away, I looked at a yellow rose before walking away.

**November 2020 - April 2021**
- **NOTE:** During a call with Ingrid Jones, I shared that I was interested in moving to Atlanta, Georgia due to the Deloitte office, housing affordability, and access to a major airport.  I recall Ingrid Jones stating "Are you sure about that?"
- **OF INTEREST:** Ingrid Jones once talked about Hilter, out of the blue, as her grandfather was dying. I did not ask any questions about Ingrid's comment. The relationship needed to come to an end, as it was not longer productive,however maintaining the schedule during the pandemic was information to outside contact besides Jax, my Maltipoo.

**Housesitting for The Sauciers**
- **June 30, 2021** - Had a session with
- **Week of July 4th, 2021** - Ryanne Duffie Saucier referenced "Mariposa", which is the logo for _____, business _____.
- I did not understand at the time, the importance of the comment from Ryanne Duffie Saucier and Ingrid Jones' non-response that my technology was hacked.

**Possible related Technology Hacking discussion point of Interest**
- **November 6, 2020** -
- **November 6, 2020** -
- **September 4, 2020 |** _____ texted me and stated that she accepted a new role at Fox News
- **October 29, 2020 - November 1, 2020 |** Trip to Charlotte, North Carolina as Aunt Enid was hospitalized at Andre Gilgeous and Felicia Gilgeous from Tampa, Florida
- **November 3, 2020 |** Aunt Enid died at 5:42am EST
- **November 12, 2020 |** _____ texted me and asked whether I would come to her house in Smyrna, GA, for Thanksgiving. I stated that I would not come to Thanksgiving due to the COVID-19 pandemic. I stated that I was considering moving to Atlanta, GA.
- **March 2021 | Luxottica:** Includes the following information - Dates of birth, email addresses, genders, names, phone numbers and physical addresses

# 2022 Interviews - FCC Complaint

My name is Charisse S. Moore, MS and I am the victim of a multi-year stalking scheme. The multi-year stalking scheme ranges in timelines from 2021 - Present, possibly earlier than the provided timeline, as I met the suspected stalkers in 2011 in the State of Mississippi, 2013 in the State of Florida, 2021 in the State of Georgia and additional timelines are unknown as of Sunday, April 21, 2024. (                                                    )

Due to the long-term nature of the multi-year Interstate Stalking scheme, the following Federal Complaints have been filed to support each business:
• As of May 29, 2024, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of Snap, Inc. / Snapchat.
• As of April 25, 2024, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of Stripe, Inc.
• As of June 2, 2024, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of Apple and AT&T.

**About Me**
Between May 2022 – July 2023, I, **Charisse S. Moore** was a Payroll Program Manager at **Stripe, Inc.** where, I served as an internal Business Partner and cultivated strong relationships across the Finance Operations, Corporate Tax, State and Local Tax (SALT), Employment Legal, HR and HR Technology teams. **Stripe, Inc.** is a multi-national organization (MNC) with dual headquarters in San Francisco, California, and Dublin, Ireland. **Stripe, Inc.** has offices located globally with key market hubs in Dublin, San Francisco, Seattle, Chicago, New York, London, Bangalore and Singapore.

Prior to **Stripe, Inc.,** I was a HR Strategy and Transformation Consultant at Deloitte Consulting, LLP and Ernst & Young, LLP with eight (8) years of experience across HR and Payroll Strategy, Operations, Technology and Mergers & Acquisitions (M&As) for Fortune 500 clients.

Prior to consulting, I worked in the Public Sector – Government on end-to-end Grants Management at Texas Tech University (TTU) and the Mississippi Development Authority (MDA).

At Texas Tech University (TTU), I served as a Senior Project Manager in the Office of the Vice President for Research (OVPR), where I was part of the Senior Leadership Team, led and managed multiple (10+) federal grant proposal submissions, to include submissions to the Department of Energy (DOE), Environmental Protection Agency (EPA), National Science Foundation (NSF), National Institutes of Health (NIH), United States Department of Agriculture (USDA) and the Department of

Education (DOEd).

At the Mississippi Development Authority (MDA), as a Program Manager, I served at the "will and pleasure" of Governor Haley Barbour and Governor Phil Bryant and key members of the agency's leadership team with direct responsibility for policies and strategies to enhance fiscal management, energy efficiency improvements, and regulatory compliance within the Energy and Natural Resources Division and on behalf of the State of Mississippi.

Technology Abuse | Phone
- My personal phone number               was under contract with AT&T
- NOTE: Per the Lookout App my phone number was included in the following data leaks:
- November 5, 2016 – Unknown source
- November 6, 2020 –
- November 6, 2020 –
- December 14, 2020 – Unknown source
- April 23, 2022 - Unknown source
- April 6, 2024 - AT&T Data

Technology Abuse | Wi-Fi
  — Wi-Fi hacking was under contract with AT&T
    — AT&T Password 2022 - **SolisMoonDior9!**
      — The targeting, stalking, hacking and harassment of me IS so profound that **Elon Musk** and the House of Christian Dior partnered together to create the
                          that sat on top of the Saks Fifth Avenue store during November 2023 - January 2024.

              and                       initiate the hacking of               personal laptop and work laptop with Deloitte Consulting, LLP due to the failed Acquisition at Cumulus Media, where Ryanne Duffie Saucier was part of General Counsel. Ryanne Duffie Saucier is an Intellectual Property and Employment Lawyer who has worked at the Mississippi Public Broadcasting, Cumulus Media, Fox News Stations in Atlanta and whose father is prominent in the Broadcasting industry.

Charisse Samantha Moore was unaware of the technology abuse, technology hacking by Ryanne Duffie Saucier, Dan Saucier, Terry Duffie, Tara Duffie and possibly Skip Duffie (Terry Duffie, Jr.) and moved to the Smyrna, Georgia within the Atlanta, Georgia area in June 2021.

**December 23, 2021 | US Department of Justice, Northern District of Georgia, Interstate Stalking**

  — **Per the US Department of Justice, Northern District of Georgia, Interstate Stalking**

website, "In 1996 Congress passed an anti-stalking law as part of the Violence Against Women Act (VAWA). Under this law it is a federal felony to cross state lines to stalk or harass an individual if the conduct causes fear of serious bodily injury or death to the stalking victim or to the victim's immediate family members. It is a federal felony to stalk or harass on military or U.S. territorial lands, including Indian country (18 U.S.C. § 2261A). It is also a federal crime to cross state lines or enter or leave Indian country in violation of a qualifying Protection Order (18 U.S.C. § 2262)."

**November 30, 2021 | C's speech to the International Institute for Strategic Studies**
The Chief of the Secret Intelligence Service (MI6) Richard Moore spoke about human intelligence in the digital age.

— My Grand Uncle is                    , Governor-General of Jamaica, Vice Regal of the British Royal Monarchy reporting to                    .

**September 29, 2021 | US Department of Justice, Southern District of Alabama, Interstate Stalking**

— **Per the US Department of Justice, Southern District of Alabama, Interstate Stalking website,** "In 1996 Congress passed an anti-stalking law as part of the Violence Against Women Act (VAWA). Under this law it is a federal felony to cross state lines to stalk or harass an individual if the conduct causes fear of serious bodily injury or death to the stalking victim or to the victim's immediate family members. It is a federal felony to stalk or harass on military or U.S. territorial lands, including Indian country (18 U.S.C. § 2261A). It is also a federal crime to cross state lines or enter or leave Indian country in violation of a qualifying Protection Order (18 U.S.C. § 2262)."

**OF INTEREST:**
— **In Fall 2021 | Communication Towers**
    — Ryanne Duffie Saucier and I were talking and Ryanne looked at towers within the West Village, Smyrna, GA, area and discussed showing her son, Elias Beaux Saucer, that these are "communication towers."
    — Note: Ryanne Duffie Saucier's father Terry Duffie may own a radio station in Dothan, Alabama. Ryanne Duffie Saucier is a second (2nd) generation lawyer and broadcaster, who previously worked for the Mississippi Public Broadcasting (MPB) station in Jackson, Mississippi.
    — Broadcast Tower Map and Technical Info,
        —
    — **NOTE: Ryanne Duffie Saucier's father Terry Duffie owns a Radio Station in Dothan, Alabama.**

— **Terry Duffie, Member of Alabama Broadcasters Association**
  - — Professional website –
  - — LinkedIn –
  - — Founder of
  - — Founder of
  - — Executive Director of
  - — Governor's Advisory Board of Educational TV of Alabama (appointed by                    )
  - — Liaison for Governmental Affairs for State of Alabama to National Association of Broadcasters
  - — Elected and Served 2-4 Year Terms on the Associated Press Board of Directors (Representing the State of Alabama, Mississippi, Tennessee, Kentucky and Louisiana)
    - — **NOTE:** Does this include footage from the                                           ?
  - —

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**2021 - 2022 | While a resident at the                    apartment complex in Smyrna, Georgia, I believe that there were HIDDEN CAMERAS installed in my apartment and the following activities took place:**

**June 1, 2021 -**                         sent me text messages with                 in group text, when I moved to Smyrna, Georgia, that if I ever needed anything to please feel free to reach out.

**2021**
**June 2021 - July 2021 | RedHat, an IBM Company, Global Payroll Program Manager**
  - — Interviewed for the Global Time Program Manager
    - — Point of Contact:              , Global Payroll Program Director
    - — Elle Ackerman
    - — Anna Deppi, Global Sales Director (Formerly of Enfatico)

**August 2021 | UPS, Vice President, Finance**
  - — This role was for a new multi-million dollar Workforce Management and Payroll project.
  - — I think that Ryanne Duffie Saucier blocked the role after we met up at Starbucks by             in Smyrna, GA, and discussed payroll responsibilities for 500k employees
    - — Point of Contact:
  - — Staffing Firm: Korn Ferry Futurestep
    - — Point of Contact:

**August 2021 | Amazon Senior Program Manager**

- Location: Amazons Headquarters in Seattle, Washington
- One thing that I missed during the interview process was when the **Payroll Compliance Leader** said that I could use my notes during the interview process.
    - **NOW:** I know or should I say it confirms that I was videotaped in my apartment at Elevate West Village without my express authorization and/or consent.
    - Point of Contact: Jeff Bezos

**November 2021 | RedHat, an IBM Company, Global Payroll Program Manager**
- **OF INTEREST:** I accepted the role of Global Payroll Manager starting in November 2021 and left the role after eight (8) days. This information was shared with Ryanne Duffie Saucier and Dan Saucier at this home in Smyrna, Georgia. Note that Smyrna, Georgia is the same city that Derek Norton is the mayor of.
    - Point of Contact:　　　　　, Global Payroll Program Director
    - Elle Ackerman

**2022**

**February 2022 | Thought Logic**
- I interviewed there because a former Deloitte and Ernst & Young colleague,　　　　　,
previously worked there.
    - Point of Contact: Katie Van Ewyk, Talent Acquisition Manager (Katie is now at Zillow)
    - LinkedIn Profile:

**February 2022 | Bell Oaks Executive Search, Recruiting for Scott Madden**
Recruited for Payroll Consultant role
    - Point of Contact: Maggie Fitzsimmons |
    - LinkedIn Profile:

**Wednesday, February 9, 2022** – Spoke with Ingrid and shared that I strongly believe that Ryanne recorded my therapy session during the time when I housesat for　　　　　and　　　　　
　　　when they went to Disney after Thanksgiving.
- I spent the week of Saturday, February 5 and Sunday, February 6, reflecting on my friendship with　　　　　and　　　　　. Thinking about the last 10+ years and how things seemed to have changed suddenly. And then it dawned on me, like a puzzle falling into place,　　　　　listed to my session with Ingrid. Ryanne recorded my conversation without permission. Not only did she record the conversation, she has listened multiple times to be able to recite the conversation to me and Cyndi.
    - Going back to Christmas Eve, saying that I work in retail.
    - Christmas Day, saying that Charisse is like me.
    - New Year's Eve, saying that she does not have to do this (be an attorney) or does not have to do that.
- From　　　　　's LinkedIn profile, she proudly proclaims that she is a second

generation Media attorney.                    has never stated that she does not like her work.  In fact, during the Deloitte Nike dinner that I took her to in October 2021, she proudly proclaimed to the table that she loves her work and that she is a "gunloader" (Attorney Strategist).

## Sunday, February 13, 2022 |

- —                and              called multiple times on Saturday, February 12, 2022, and Sunday, February 13, 2022, in an attempt to host me at their home to watch the Super Bowl. This occurred after I stopped talking to                          and              on December 31, 2021, as Ryanne stated that they were having marital issues.
- — Welcome to Miami!
- — Mary J. Blige - No More Drama
- — Kendrick Lamar lyrics - Man Down
- — Kendrick Lamar lyrics - Looking at me for the paystub. Ryanne Duffie Saucier always invited me over every two weeks, aligned to my biweekly paycheck
- — Kendrick Lamar lyrics - We gonna be Alright - Charisse & Jax
- — Kendrick Lamar lyrics - Tell My Momma that I love her
    - — The phone has been hacked since I was 35 years old (July 25, 2016)
- — **7:06 - Week of July 4th, 2021 -** Ryanne Duffie Saucier referenced "Mariposa", which is the logo for                              , business                    .
    - — **OF INTEREST:** Mariposa translates to Butterfly. I love butterflies and the symbolism of Transformation (See pictures from 2014), Ingrid is aware of this symbolism for me as I gave her a Green Butterfly pin from the New York Organ Donation Network from My Dad's passing.

## February 17, 2022 | Cobb County Police Department - Wellness Check by The Sauciers

- — **Thursday, February 17, 2022:** Ryanne Duffie Saucier and Dan Saucier contacted the Cobb County Police Department to perform a "wellness check" on me, due to the fact that I did not return their phone calls, voicemails and/or emails for the                          . The Responding Officer to the wellness check was Officer Glen C. Meyer - Cobb County, GA.
    - — **Note:** I blocked both Ryanne Duffie Saucier and Dan Saucier's phone numbers and email addresses, as of January / February 2022.
    - — **Note:** Officer Glen C. Meyer, Cobb County Police Department, was very nice and provided his personal cell phone number, as he is familiar with Domestic Violence cases. We spoke for more than 30 minutes in mid-February 2022 during the wellness check and he strongly encouraged and watched me send an email to Dan (Daniel) Saucier regarding the lack of response to his and Ryanne's calls.
- — **February 19, 2022:** Due to the issues with Dan Saucier and Ryanne Duffie Saucier, I went to visit my cousin Andre Gilgeous in Charlotte, North Carolina. See pictures from February 19, 2022 with Jax and Andre.

**February 17, 2022 2:39AM | Apple - iCloud Notifications (20 minutes ago)**

Private Relay Unavailable

"ATT5zb2mux" is not connected to the internet.

21m ago

*With Private Relay turned off, this network can monitor your internet activity, and your*
*IP address is not hidden from known trackers or websites." Apple's current*
*wording does not allow for the possibility that iCloud Private Relay is unavailable because it has*
*been disabled in the*
*Settings app. Jan 12, 2022*

iCloud Private Relay keeps your internet activity private

Private Relay hides your IP address and browsing activity in Safari and protects your unencrypted
internet traffic so that no one - including Apple — can see who

Private Relay is currently in beta. Some websites may have issues, like showing content for the
wrong region or requiring extra steps to sign in.

Private Relay is temporarily unavailable.

ATT5zb2mux is not connected to the internet. You may need to log in or acknowledge the


**February 27, 2022 | Elliott Management Wall Street's Most Feared Activist Investor Is Changing
His Game After Shaking Up Twitter, AT&T And Samsung**

, Forbes Staff

*I write about buyouts, mergers, acquisitions and other dealmaking.*


"Billionaire Paul Singer made his name pressuring public companies – but recent windfalls in private
equity have prompted him to shift tactics.

Elliott was founded by Paul Singer in 1977, making it one of the world's oldest hedge funds. At first,
Singer focused on convertible bond arbitrage, then distressed investing. In the 2000s, he turned his
efforts to activism. By then, Elliott had become a Wall Street giant. And it had earned a reputation
as a firm not to be trifled with, one that is unafraid to chastise corporate executives and issue public
calls for a sale process, a new CEO or other major strategic shifts. The firm's most famous fight was
with the government of Argentina, a 15-year legal campaign waged over lapsed debt payments that
included the seizure of an Argentinian ship and, eventually, a $2.4 billion payout for Elliott, while
other bondholders settled for pennies on the dollar. Last year,                              as "Wall
Street's most feared fund."

Elliott's activist activities continue: Its targets in recent years have included Twitter, AT&T and

Samsung."

**February 2022 – March 2022 | Honeywell, HR Transformation Lead**
  — **March 2022** - I was in the final round and at the cusp of receiving the final job offer when the HR Transformation role was cancelled.  Received notice of the role cancellation after a week of waiting and reviewing the benefits package
    — Point of Contact:            noted above is the Honeywell - Sr. Director, M&A Global Integration Leader
    — Point of Contact:            Americas EY-Parthenon Turnaround & Restructuring Leader
      — Honeywell (Jeff held an Executive position at Honeywell while I was in the interview process)

**February 2022 – March 2022| TikTok, Global Recruiting Enablement Manager**
  — Point of Contact:

**February 2022 – March 2022 | Cognizant, HR Technology Strategy**
  — Point of Contact:

**February 2022 – March 2022 | Arthur Gallagher, HR Strategy**
  — Received the job offer and declined the job offer after there was a request for an intelligence and/or personality assessment
    — Point of Contact:                |

**March 2022 | Deloitte Consulting, LLP**
  — Angelina Willis, Recruiter, reached out with a LinkedIn invite that state that expressed interested a potential return back to Deloitte, aligned to Dave Smith's group.
    — Point of Contact:            , Partner at Deloitte Consulting, LLP

**March 2022 | Russell Reynolds Associates, Executive Search**
  — I only interviewed at this company because a former Deloitte Partner within the Human Capital,                was working at Russell Reynolds at the time.
    — LinkedIn Profile:                      ,                              (In partnership with Ryanne Duffie Saucier, Terry Duffie, Tara Duffie, Laura Norton, Derek Norton using either Fox News Atlanta and/or the University of Georgia
    — I distinctly remember              telling me that she flew down from up north to Atlanta and was taking the interview from the Atlanta area. There was a week gap between the scheduling the interview and the actual interview taking place.
      — **OF SIGNIFICANT IMPORTANCE:** Note that the interview with              was held at the same time of the Snap Inc. / Snapchat and Stripe, Inc. interviews.

**March 2022 - April 2022 | Snap Inc. / Snapchat Interview**
- Interviewed with                    **/**           in March 2022 - April 2022
-                 **/**              Point(s) of Contact:                    ,
  - **OF INTEREST:** Followed and traded Snap / Snapchat stock during the pandemic, within TD Ameritrade account.
  - **OF INTEREST:**                  previously worked with my future direct reporting manager –                    , Global Payroll Lead at Stripe, Inc.
  - (This was noted in my Interview notes in my laptop that was compromised and also in my external hard drive).
  - **OF INTEREST:** The interview process was held remotely (via Zoom) and may have been filmed while I was a resident at                              .
  - **OF INTEREST: Charisse S. Moore, Snap Interview Prep_2022.03.28** document - #3 - Why Snap? Why are you interested in this job?
  - **RESPONSE:** "I am interested in Snap and the Payroll Transformation Manager role for three reasons – Snap products, culture and the role itself.  When I think of Snap, I think of the quote, "If you want to go fast, go alone. If you want to go far go together." Over the years, I have watched Snap Inc. continue to innovative and grow the platform with partnerships that have been cultivated with advertising agencies (e.g., WPP), luxury fashion brands (e.g., Dior, Prada), sports leagues (e.g., MLB, Premier League) and travel brands (e.g., Marriott) amongst others.  (Try-on lenses, coupled with the Screenshopper (personal shopper) is an exciting time.) And I love Bitmoji!"
    - Tess McGoldrick, SVP Revenue Analytics
    - LinkedIn Profile -
  - **OF INTEREST:** I traded and heavily followed the Snap, Inc. / Snapchat stock within my TD Ameritrade account during the pandemic.
  - **OF INTEREST:** I have known              (since late 2010) and                   , (since 2011).                       , grew up in the Broadcasting industry, as her father Terry Duffie is the Founder of        and Founder of

**OF SIGNIFICANT IMPORTANCE - INTERVIEW SCHEDULE – MARCH 31, 2022**
- 9:00am –            **/**            | Clive Kinsella | Kind / Instills Trust / Collaborates
- 12:00pm –           | Maggy Gallardo | Functional Expertise
- 12:45pm –         |         | Resilience
- 1:30pm –          | Meredith Kertzman | Collaboration / Cross-Functional Partnerships
- 4:00pm –         **/**           | Emily Vanidestine | Smart / Strategic Mindset / Plans and Aligns
- 5:30pm –           **/**            | Lauren Feinstein | Creative / Manages Ambiguity / Optimizes Work Processes

**March 2022 - April 2022 | Stripe, Inc.**

— Interviewed with                in March 2022 - April 2022
  —                            , Global Payroll Lead at Stripe, Inc. | February 2021 – Present
  — Maggie Gallardo, Finance Program Manager at Stripe, Inc. | February 2021 – November 2022
  —                  , US Payroll Manager at Stripe, Inc.
  — Meredith Kertzman, People Ops Enablement Manager at Stripe, Inc. | November 2016 – Present
  — Shannon Herline, People Planning & Strategy at Stripe, Inc. | May 2019 - Present
  — Dave Auckland, Finance Operations Leader at Stripe, Inc. | January 2020 – Present
    — Point of Contact:
— **"3. Why Stripe? Why are you interested in this job?**
  Why Stripe?
  I am thoroughly impressed with Stripe's product platforms. Stripe's vision to increase the GDP of the internet is well articulated in the ability for an individual with a business idea to be able to leverage Stripe products across the Business Operations, Payments and Financial Services platforms to setup and run a business from end-to-end.
  — Use Atlas to form a legal entity
  — Use Checkout, Payments and Billig, to build out webpages and setup payment schemes
  — Use Treasury as banking for the organization
  — Use Revenue Recognition to streamline the accounting process and gain insights into your business performance MOM, QOQ, YOY
  — This is phenomenal. Full stop
  — As I look forward to the next chapter in my career, I am looking to work with an organization as part of their transformational efforts. The ability to leverage my payroll consulting experiences to help with the expansion and growth of Stripe is an exciting opportunity. And I would love to be a part of that growth."
— **OF INTEREST:** April 11, 2022: I,                    was offered the role of Payroll Program Manager
— **OF INTEREST:** April 14, 2022: I,                    received the offer letter for the role of Payroll Program Manager at Stripe, Inc.
— **OF INTEREST: On April 14, 2022,**          **reversed again, offering to purchase Twitter at $54.20 per share.          The acquisition was officially completed on October 27.**



# 2023 Stripe, Inc. | Unauthorized Non-Consented Business Show

My name is Charisse S. Moore, MS and I am the victim of a multi-year stalking scheme. The multi-year stalking scheme ranges in timelines from 2021 - Present, possibly earlier than the provided timeline, as I met the suspected stalkers in 2011 in the State of Mississippi, 2013 in the State of Florida, 2021 in the State of Georgia and additional timelines are unknown as of Sunday, April 21, 2024. ( )

Due to the long-term nature of the multi-year Interstate Stalking scheme, the following Federal Complaints have been filed to support each business:
• As of May 29, 2024, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of Snap, Inc. / Snapchat.
• As of April 25, 2024, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of Stripe, Inc.
• As of June 2, 2024, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of Apple and AT&T.

## About Me

Between May 2022 – July 2023, I, **Charisse S. Moore** was a Payroll Program Manager at **Stripe, Inc.** where, I served as an internal Business Partner and cultivated strong relationships across the Finance Operations, Corporate Tax, State and Local Tax (SALT), Employment Legal, HR and HR Technology teams. **Stripe, Inc.** is a multi-national organization (MNC) with dual headquarters in San Francisco, California, and Dublin, Ireland. **Stripe, Inc.** has offices located globally with key market hubs in Dublin, San Francisco, Seattle, Chicago, New York, London, Bangalore and Singapore.

Prior to **Stripe, Inc.,** I was a HR Strategy and Transformation Consultant at Deloitte Consulting, LLP and Ernst & Young, LLP with eight (8) years of experience across HR and Payroll Strategy, Operations, Technology and Mergers & Acquisitions (M&As) for Fortune 500 clients.

Prior to consulting, I worked in the Public Sector – Government on end-to-end Grants Management at Texas Tech University (TTU) and the Mississippi Development Authority (MDA).

At Texas Tech University (TTU), I served as a Senior Project Manager in the Office of the Vice President for Research (OVPR), where I was part of the Senior Leadership Team, led and managed multiple (10+) federal grant proposal submissions, to include submissions to the Department of Energy (DOE), Environmental Protection Agency (EPA), National Science Foundation (NSF), National Institutes of Health (NIH), United States Department of Agriculture (USDA) and the Department of Education (DOEd).

At the Mississippi Development Authority (MDA), as a Program Manager, I served at the "will and pleasure" of Governor Haley Barbour and Governor Phil Bryant and key members of the agency's leadership team with direct responsibility for policies and strategies to enhance fiscal management, energy efficiency improvements, and regulatory compliance within the Energy and Natural Resources Division and on behalf of the State of Mississippi.

Technology Abuse | Phone
- My personal phone number                was under contract with AT&T
- NOTE: Per the Lookout App my phone number was included in the following data leaks:
- November 5, 2016 - Unknown source
- November 6, 2020 -
- November 6, 2020 -
- December 14, 2020 - Unknown source
- April 23, 2022 - Unknown source
- April 6, 2024 - AT&T Data

Technology Abuse | Wi-Fi
   — Wi-Fi hacking was under contract with AT&T
      — AT&T Password 2022 - **SolisMoonDior9!**
         — The targeting, stalking, hacking and harassment of me IS so profound that **Elon Musk** and the House of Christian Dior partnered together to create the                that sat on top of the Saks Fifth Avenue store during November 2023 - January 2024.

            and               initiate the hacking of              personal laptop and work laptop with Deloitte Consulting, LLP due to the failed Acquisition at Cumulus Media, where Ryanne Duffie Saucier was part of General Counsel. Ryanne Duffie Saucier is an Intellectual Property and Employment Lawyer who has worked at the Mississippi Public Broadcasting, Cumulus Media, Fox News Stations in Atlanta and whose father is prominent in the Broadcasting industry.

Charisse Samantha Moore was unaware of the technology abuse, technology hacking by Ryanne Duffie Saucier, Dan Saucier, Terry Duffie, Tara Duffie and possibly Skip Duffie (Terry Duffie, Jr.) and moved to the Smyrna, Georgia within the Atlanta, Georgia area in June 2021.

**2022 – 2023 | While a resident at the Lincoln at Dilworth apartment complex in Charlotte, North Carolina, I strongly believe that there were HIDDEN CAMERAS installed in my apartment and the following activities took place:**

- **September 2022:** I drove from Charlotte, North Carolina to Atlanta, Georgia to go to an Invisalign appointment at Cohen Orthodontics at 4721 Chamblee Dunwoody Rd #200, Dunwoody, GA 30338. I purposely went to this location, to avoid being ANYWHERE near Ryanne Duffie Saucier, Dan Saucier and Laura Norton.
  - **OF INTEREST:** A Black Jeep Wrangler with dark tinted windows (limo tint) pulled in front of my vehicle, in front of the McDonald's near the Perimeter Mall located at 4540 Ashford Dunwoody Rd NE, Dunwoody, GA 30346. This is while I was headed to                                            to purchase Keratase Curl Manifesto and Youth to the People - 15% Vitamin C Clean Caffeine and Energy Serum.
- **October 2022 |** I stopped taking calls with                                                  , as               was not helpful during on going stalking. Surprisingly, Ingrid Jones offered absolutely no support.
  - **NOTE:** I am not sure if there were hidden cameras in my apartment for the entirety of my lease in Charlotte, North Carolina.


**November 4-7, 2022 | Trip to Larchmont, New York - The Hills**


**Brenda Cecelia Duenas Hill:** Brenda is a **Sector Executive in the Technology, Media, and Telecom (TMT) practice at KPMG.** I have known Brenda Cecelia Duenas Hill off-and-on for 24 years and was her college roommate. We shared many important life events together, to include: being a maid of honor at Brenda's wedding to Michael Hill, and Brenda was a maid of honor at my wedding to Brian A. Temple, MD.

**Michael Hill:** Michael is the **Head of Portfolio Trading at Santander,** focused on Latin America (LATAM), including Argentina, Brazil, Chile, and other countries within LATAM.  I have known Michael Hill, Brenda Cecelia Duenas Hill's husband for twelve (12) years. My relationship with Michael is an informal distanced relationship, due to Michael and Brenda living in New York, while I lived in the U.S. Southern States, such as Mississippi, Texas, Florida, Georgia, and North Carolina.


- **November 4 - 7, 2022:** I went to New York to visit                                        , Michael Hill and their boys in 290 Weaver Street, Larchmont, New York. Note that Brenda Cecelia Duenas Hill is of Hispanic descent with her family roots from Peru, Argentina and Italy.
- **November 4 - 7, 2022:**                                          talked about                                        's marriage to Serg (Sergio) Savoury and that the fact, that Serg (Sergio) Savoury may be cheating on                         due to her controlling ways.
- **November 4 - 7, 2022:**                 asked where I was working, and when I stated Payroll at Stripe, Inc., he looked a bit shocked. He asked if I was working in HR, and I clarified that I worked in Global Payroll at Stripe. That was the scope of our conversation (proper pleasantries - Hello! How are you? How is your Father doing? How is work at Santander?).
  - **OF SIGNIFICANT IMPORTANCE:**
    - Michael Hill previously worked for Itau, Society Generale
    - Michael Hill holds the following Securities Licenses - Series 7, Series 63

- I was talking to Brenda and Michael, and Michael asked me if my family was a member of the ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚, in the United Kingdom.  Michael made a specific to ask that question and then there was a hard stop. Michael may have just walked away from Brenda and I to help the boys.
- **November 10, 2022:** Brenda Cecelia Duenas Hill sent me a text message that discussed the FBI.
    - **OF INTEREST:** I was stunned and did not know how to reply. I attempted to state that I was watching the FBI shows - ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚.  Brenda and I talked on the phone, while I watched the Law & Order show - Organized Crime for about an hour.
- **Technology Abuse / Hacking**
    - Continued blocking access to applications and/or utilities within my Apple iPhones after utilizing Lockdown Mode in November 2022 – present
- **November 11, 2022**: Two Hispanic men exited my neighbor's apartment (Apartment 477) at Lincoln at Dilworth. I instantly knew that something was not right. These individuals then followed me down the elevator and studied me.
- **November 14, 2022:** I asked my cousin ⬚⬚⬚⬚⬚⬚⬚⬚ to install Grey Velvet Blackout curtains in my apartment, as I wanted privacy and was trying to recover from stalking and swarming activities in Smyrna, Georgia (Atlanta, Georgia area).
- **November 24, 2022:** I participated in the Thanksgiving Day - ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ near South Park Mall. When I returned to my apartment at Lincoln at Dilworth from the Thanksgiving Day - Charlotte Turkey Trot, Jax had a bloody eye.


## CRITICAL BUSINESS INFILTRATION


**Military Tactical Hold within the Lincoln at Dilworth apartment complex:**
For months and months (December 21, 2022 through March 31, 2023), everytime that I took Jax out for a walk, people lined their cars up in the driveway at Lincoln at Dilworth, stood in the garage at Lincoln at Dilworth, lined up on the walking path for Jax and/or followed down the elevator.  There was an unknown social media frenzy to me.

The elevator episodes were of particular interest as, each time that I pushed the button for the elevator, the elevator went up to the fifth (5th) floor prior to coming to the fourth (4th) floor. I sensed that the men that were in the elevator were following me and/or watched me take a shower and watched the video of me showering.


## VEHICLES OF INTEREST:
- **Early November 2022:** ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚, I saw this vehicle near the Lincoln at Dilworth complex, twice in early November 2022 and possibly early December 2022.
- **Early November 2022:**
    - **Flashy Gold 4 door vehicle** abruptly sped through the Lincoln at Dilworth Parking Garage onto E Morehead Street, the car had "air time".

— **Pearlized White Infiniti I30** that saw me walking Jax on Morehead Street, came to an abrupt stop and quickly reversed into the Parking Garage drive through.
- **Late December 2022:**              (this vehicle was in the Lincoln at Dilworth parking garage in December 2022)
- **Early March 2023:**              (this vehicle had rap music playing and was near the little bridge to get onto the path near Lincoln at Dilworth March 2023)

**Lincoln at Dilworth - Community Map**
(                               )
- **December 2022:** I read the book                             , as a way to understand why Ryanne Duffie Saucier, Dan Saucier and additional unknown co-conspirators targeted me in Smyrna, Georgia.
- **December 7, 2022** | I received my OliverGal AdoreMe Geo artwork with the frame cracked upon opening the box. See photos
    - **OF INTEREST:** Oliver Gal | AdoreMe Geo order placed on Cyber Monday, November 28, 2022 (                                      )
    - **OF INTEREST:** In November 2021, I shared with Ryanne Duffie Saucier that I was going to or bought the OliverGal Fashion Galore Diamond Dust artwork (                                    )
- **December 10, 2022:** A black gentleman in a Honda Accord holding a neon green iPhone at the Starbucks at 8:30am may have been watching me.
- **Mid-December 2022:** Vanessa Lowe-Garcia, Jackson, Mississippi, texted me asked me for my address in Charlotte, North Carolina to send me a Christmas card.
- **December 18, 2022:** After walking around the exterior perimeter of the Lincoln at Dilworth complex, I walked toward the leasing office and saw a Charlotte-Mecklenburg Police Department vehicle (Ford Explorer) parked outside of the leasing office. When I walked closer to the officer's vehicle, I made eye contact with the dark-skinned Black officer male and he promptly hit the gas and took off. I believe that this officer, is the same officer (Officer Jackson) that took two (2) hours to arrive when I called the Charlotte-Mecklenburg Police Department from Lindsey Dewhurst, Lincoln at Dilworth Property Manager's cell phone.
    - Constant surveillance by the following apartments - 579, 477, 485, 432, 433, 499, 450, 451, potentially 476
        - **Apartment 579:** Apartment above my apartment, responsible for laser pointers in my apartment
        - **Apartment 477:** Turned on the dryer every time that my Apple phone alarm clock when off to alert the apartment either above or below that (577 and 377) that I was wake and getting ready to walk the dog.
            - Of Latin descent from Mexico, they (man and woman) love Lululemon.
        - **Apartment 485:** Placed bright orange sneakers that were placed outside whenever I left the apartment to walk Jax.
        - **Apartment 483:** Sat empty for months, with no one moving into the apartment.

- **Apartment 433:** Was a lookout whenever I took the elevator down to walk Jax and/or to get my car from the vehicle.
  - **OF INTEREST:** This individual may have also broken into my apartment, as there were highly coordinated efforts each time that I left my apartment for an extensive period of time.
- **Apartment 432:** Was a lookout whenever I took the elevator down to walk Jax and/or to get my car from the vehicle.
- **Apartment 499:** Was a lookout whenever I came up the elevator from the Leasing office after walking Jax at night and going down to walk Jax in the afternoon.
- **Apartment 450:** Was a lookout whenever I took the elevator down to walk Jax. This is of particular interest as it sometimes lead to a closed garage door in the loading dock.
  - Of Interest: There were times when there were 20+ people waiting in the loading dock for me to come down. I held my card - The Armor of God, as I was afraid.
- **Apartment 451:** Was a lookout whenever I took the elevator down to walk Jax. This is of particular interest as it sometimes lead to a closed garage door in the loading dock.
- **Apartment 476:** This apartment was located directly across from me.

- **December 18, 2022:** Purchased the following items for ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚'s son for Hanukah / Christmas on Amazon and there were challenges as the shipping address was changed from Rachel's address in Plantation, Florida to Charlotte, North Carolina.
  - ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚
  - ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚
- **December 19, 2022:** ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ invited me to her house in Larchmont, New York for the holidays (Christmas and New Years) and her sons birthdays (James, Alexander and William). I declined the invitation to go to Brenda's house, as I wanted to be alone after being swarmed / attacked in Smyrna, Georgia by Ryanne Duffie Saucier, Dan Saucier and unknown co-conspirators.
- **December 21, 2022:** I saw a young woman walking backwards into the wind across the street from Lincoln at Dilworth apartment complex.
- **December 25, 2022:** I had an hour long conversation with Felicia Gilgeous, Wells Fargo and talked about the weather, watching tv and reading over an ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚
- **December 26, 2022:** I lived in Apartment 479 and I noticed that the patio door of Apt 487 (located directly across from me) was wide open.
- **December 26, 2022:** The water mains at Lincoln at Dilworth broke due to the Hard Freeze

that occurred, the City of Charlotte, Fire Department was called to the apartment complex and I stood outside with other residents for hours.

- **OF INTEREST:** There was a Black gentleman that made constant eye contact with me as we (all residents at the complex during the holidays) stood outside. The Black gentleman and I walked by each other in the mailroom and two or three (2-3) times. This Black gentleman did not pose a threat, he had the "opportunity to inflict physical violence" and did not take advantage of the "opportunity to inflict physical violence". I think that he was in Apartment 483 in early January, but I never saw him again after December 26, 2022.

- **December 27, 2022:** There were four (4) vehicles that surrounded the exit of Lincoln at Dilworth, when I went to walk Jax. **VEHICLES OF INTEREST:**
  - **Black Ferrari** (this vehicle was in the Lincoln at Dilworth parking garage in December 2022)
  - **NOTE:** A resident, white woman with blonde hair and a little Poodle stared at me in the elevator and did not say a word.

- **December 28, 2022:  Ulta Beauty at** 7314 Waverly Walk Ave, Charlotte, NC 28277
    - Doxxed while paying for Dolce & Gabanna - Light Blue. The cashier asked for my phone number and screamed my phone number across the entire store.

- **December 28, 2022:** For unknown reasons, I placed my phone near the TV and started the

- **January 13, 2023: Received Notice from Lincoln at Dilworth Property Management**
  - "We have noticed there is a significant number of vehicles parked without a parking sticker or a temporary pass. Parking Permits are required if you are parked behind the gates.
  - Any vehicle parked in Lincoln at Dilworth gated parking lot **THAT DOES NOT PROPERLY DISPLAY** a parking sticker or temporary tag WILL BE BOOTED or TOWED with no further notice. A properly displayed Parking Permit means that the Permit (sticker) is either attached to the windshield.
  - **MODIFICATIONS OF PERMITS ARE NOT ACCEPTABLE.** Any vehicle that does not properly display a parking permit will be booted or towed. Parking permits are not valid if parked on P2; parking on P2 with a permit will result in being booted or towed."

- **January 15, 2023:** Contacted the Charlotte-Mecklenburg Police Department to perform a search of my apartment due to possible hidden cameras located within the fire alarms in the apartment. There was a noted uptick of visitors to the Lincoln at Dilworth apartment complex at multiple points of the days to coincide with my walks with Jax (7:30am, 12:30pm, 4:30pm, 7:30pm and sometimes 9:30pm) Remember > Shelley private citizen.

- **January 2023 - February 2023:** There were several loud parties in Apartment 579 above me in which I strongly believe that a large portion of stalking was taking place, in addition to the apartments identified above.

- **January 25, 2023 -** I met Lyna Alfaro for lunch at               | 9818 Gilead Road, Huntersville, NC, 28078

- *Question of the afternoon by Lyna Alfaro "Are you sure you want to eat that?"*
- After lunch, I went with Lyna Alfaro to her house and saw her husband Christian Alfaro (US Army Veteran) and their children. We talked briefly about life stuff, moving to California and my thoughts on how expensive California is as a single person but I still dream of California. We also joked about like in South Florida, the need to keep up and "needing to be skinny" but that was for a point in time, like our early 20s. I talked about my Dermatologist and how he stated that I needed to lose weight during a visit to his office.
    - **NOTE: Dr. Attica Chang**, Dermatologist of ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ was and is an excellent Dermatologist. He cared enough to tell me to stay in shape - lose weight, as I was under his care for health issues.  Dr. Attica Chang is the same doctor that held my hands and looked me directly in the eyes, as I cried while having a medical procedure performed.
- **OF SIGNIFICANT IMPORTANCE:**
    - **Discussion of the death of my Father, Winston Alexander Moore, Sr. and my Brother, Winston Alexander Moore, Jr.**
        - WInston Alexander Moore, Sr. - See New York Organ Donation pin
        - Winston Alexander Moore, Jr. - ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
            - Winston Alexander Moore, Jr, 32, passed away on August 11, 2016 in Fort Lauderdale, Florida from injuries sustained in a car accident.  Winston was born in New York, New York on November 3, 1983, to Winston, Sr. and Leslie-Anne Moore. Winston is a graduate of Spanish River High School and also attended West Boca High School.  While Winston's path did not include a traditional career, it did include a long tenure as a Special Olympics athlete with Broward County.  Winston joined the Special Olympics community at the age of 15, with the Tamarac Bulldogs basketball team. Since then, Winston has gone on to play and medal in multiple sports to include: basketball, bowling, swimming, skiing, soccer, softball and tennis. True to the Special Olympics motto, "Let me win. But if I cannot win, let me be brave in the attempt", Winston is a Champion. And he would let you know that he was a Champion, too.  He often used one hand to help himself and the other to help his friends.  He was blessed to have friends who became family, he gained many brothers, sisters, moms and dads along his path and was always grateful.   Winston will be remembered for his laugh, his ability to touch people through his smile, his love of sports, his love for the Special Olympics, traveling, adventure and dancing his heart out.  He was deeply loved and will be greatly missed by his family and friends.  Winston is survived by his mother, Leslie-Anne Moore; sister, Charisse S. Moore; uncle, Anthony Smith; cousins, Travis Smith, Joshua Smith, Justin Smith and Brianna Smith; aunt, Enid Carpenter; cousin, Andre Gilgeous; cousins, Dean Haffenden, Arianna Haffenden, Lloyd Haffenden and Camille Haffenden
- **Mid to Late January 2023 | With all the stalking, swarming and the hidden cameras, I told**

myself out loud that the only way to get through this situation was to get through the situation.

— **Late January 2023:** I took my Mac to the Apple store (in Charlotte South Park) to get wiped and protected and purchased a Google Drive external hard drive to copy the files from the laptop for backup
— **January 31, 2023: Received Notice from Lincoln at Dilworth Property Management**
    — "Good Evening Neighbors!  We hope you are doing well! As the mailroom door is consistently being broken, and it is now beyond repair of our maintenance staff, the one door will be closed off until our third party vendor can replace the door entirely. There are still two doors for entry and exit. Deliveries can come through the leasing office during office hours. We appreciate your understanding as we find a permanent solution to the door being intentionally broken."

**Banfield Pet Hospital appointments at Charlotte SouthPark**
— **February 10, 2023:** The veterinarian pulled out a lot of Jax's teeth in the top part of his mouth.  Jax must now eat soft food, instead of the Blue Buffalo that he traditionally ate.
    — **OF INTEREST:** Instead of the traditional call from the Veterinarian's office, the follow-up call about the surgery I received an email instead which was strange, as this was the first time that person wanted to help out

— **February 12, 2023 | Rihanna's FULL Apple Music Super Bowl LVII Halftime Show**
    — **"Better wake up and nothing is wrong 5:39."**

— **February 14, 2023:** Noticed a Charlotte-Mecklenburg Police Department SUV Ford Explorer vehicle parked in the garage in a parking space against a back wall.
    — **OF INTEREST:** This is one of few apartment complex where there was not an identifiable Police vehicle at the residence. Similar to Elevate at West Village, there was not an identifiable Police vehicle at the residence.
— **February 22, 2023:** Followed by Grey Jeep Wrangler with dark tinted windows to church on Ash Wednesday at St. Gabriel Catholic Church – 3016 Providence Rd, Charlotte, NC 28211
    — **Of Interest:** This is the day that my ears finally stopped burning and turning red.
— **OF INTEREST:** In the end, there were three groups of individuals, their races were White, Hispanic (to include my neighbors in Apartment 477 and their visitors on November 11, 2022) and Black.
    — **VEHICLES OF INTEREST:**
        — The individuals that drove the vehicles below did not pose a threat, they had the "opportunity to inflict physical violence" and did not take advantage of the "opportunity to inflict physical violence".  These individuals consistently parked their vehicles near my silver Honda Accord coupe.
            — Driven by a White man - Red Audi A4, no tint on the windows
            — Driven by a Hispanic man - White Mercedes Benz, 4 door Sedan possible a C class with North Carolina tag - JELLY (?)

**CRITICAL BUSINESS INFILTRATION - STRIPE, INC.**

**As Payroll Program Manager at Stripe, Inc. I had full access to HR master data, Payroll master data, Financial data and Benefits for all of Stripe, Inc. and its subsidiaries, to include, but not the following:**

( )

- — Personal Identifiable Information (PII)
- — Personal Health Information (PHI)
- — Business Identifiable Information (BII)
    - — Trade secrets, commercial or financial information that is privileged or confidential.
- — Confidential Information (CI) to include Mergers & Acquisitions

**March 2023 | Stripe, Inc. tells employees it will decide on an IPO within the next year**

- —
    - — Co-founders and brothers John Collison and Patrick Collison told employees Thursday that they will set a goal of taking the company public or letting them sell shares via a secondary transaction.
    - — Stripe, Inc. is considering a direct listing or private market transaction and has hired Goldman Sachs and JPMorgan to advise on the deal.
    - — As Payroll Program Manager, during this time I also started to utilize the PwC – to understand the initial public offering (IPO) process for Stripe, Inc.

**March 2023 | United States Department of Treasury and Internal Revenue Services (IRS) calls**

- — As Payroll Program Manager, I made calls to the United States Department of Treasury and/or the Internal Revenue Service (IRS), to recover and/or seek a refund on behalf of Stripe, Inc. (with the Bureau of the Fiscal Service, ) and could audibly hear a call drop in the background, this occurred in March 2023 (on my phone ).
    - — The call was dropped after the recorded statement of "*This is a recorded line of the United States Department of Treasury and/or the Internal Revenue Service*"

**March 2023 | State of California, Employment Development Division (CA EDD) calls**

- — As Payroll Program Manager, I made calls to the State of California Employment Development Division (CA EDD) for Payroll Employer Quarterly Tax purposes, this occurred during the same time of the Silicon Valley Bank (SVB) crash
    - — **Silicon Valley Bank (SVB) and First Republic Bank (** **)**

**March 2023 | State of Maryland, State of Maryland Comptroller's Office and Baltimore County calls**

— As Payroll Program Manager, this coincided with the Stripe Tender Offer scheduled for March 2023. Additionally, I made calls with the State of California attempting to recovering ~$500K on behalf of Stripe, Inc., the State of Maryland in partnership with              , Corporate Tax,               , State and Local Tax (SALT) and               , Finance Operations and               , Real Estate ~$3.0M and the City of Baltimore

**March 2023 | Stripe, Inc.: Navigating a Tender Offer in 2023**

—                                                                                             )
—               from insiders suggest that Stripe, Inc. tender offers will begin in April 2023 before settling one month later in May.
  — **OF INTEREST:** As the Payroll Program Manager, I (                 ) had access to this information on March 3, 2023, this was not public. But this validities my experience.
    — **Of Interest:** I briefly looked at either the US Department of Treasury -                                                        webpage or the Internal Revenue Service (IRS) -                                                 , as part of the Tender Offer next day payment requirements to the Internal Revenue Service (IRS)

**Plans to Transition from Charlotte, North Carolina**

— **March 6, 2023 - March 20, 2023:** The stalkers upped the ante and started to use laser pointers through the vents in the Living Room, Bedroom, Bathroom, Office area and additional unknown areas of the apartment. Specifically, unknown individuals shined laser points in my eyes when I woke up from sleeping at 3:00M or 3:30am to wake me up.
— **Mid-March 2023:** Had two (2) conversations with Brenda Cecelia Duenas Hill, KPMG Sector Executive.
— **Tuesday, March 21, 2023:** Again, contacted the Charlotte-Mecklenburg Police Department to perform a search of may apartment due to possible hidden cameras, break-ins and to discuss mischievous behavior within my side of the apartment complex.
  — *Tuesday, March 21st - Case Number 20230321155300*
— **Thursday, March 23, 2023:** Again, contacted the Charlotte-Mecklenburg Police Department to perform a search of may apartment due to possible hidden cameras, break-ins and to discuss mischievous behavior within my side of the apartment complex. The Responding Officer was Officer Jackson, and it took Officer Jackson two (2) hours to come to my apartment after the initial call to the Charlotte-Mecklenburg Police Department.
  — *Thursday, March 23rd - Case Number 20230323101700*
  — **NOTE:** Why did Officer Jackson say that I should "go and visit Wisconsin?" This did not make sense to me and the time and does not make sense now.

- **Saturday, March 25, 2023:** The leaders of each group made their presence known, as I started to pack my apartment. I was able to see them clearly in the Lincoln at Dilworth - East Morehead Street Parking Garage drive through.
    - Driven by a Hispanic - White Pickup Truck without tint, I think that Jose, Maintenance team of the Lincoln at Dilworth drove this truck with Texas tags
    - Driven by a White Man - Olive Green Pickup Truck, I think that this vehicle was a four door Truck with tinted windows
    - Driven by a Black man - Grey Jeep Wrangler with tinted windows (same vehicle that followed me to church).
        - **NOTE:** This guy let me see his face multiple times. He seemed to clean cut for whatever was happening.
- **March 28, 2023 |**
    - "Six people — including three children —                  , and the suspected attacker was killed by police within minutes of the first call of an active shooter.
    - Audrey Hale, whom police identified as the shooter, had bought seven firearms — including the three guns used in the attack — legally and had been in treatment for an emotional disorder, Nashville Police Chief John Drake said Tuesday."
- **March 30, 2023:** There was a White guy in a Black Chevy Suburban, that followed me from Lincoln at Dilworth to Pearl Street Park - 1200 Baxter St, Charlotte, NC 28202 with North Carolina vehicle tag - **SOLD.**
    - He walked into                           - 1120 Pearl Park Way, Charlotte, NC 28204. The guy was wearing a golden yellow t-shirt, black sleeveless vest with quilted diamonds, black pants and was bald-headed and his face was bright red after looking at me.  He made his presence known.
    - **OF INTEREST:** This guy made his presence known, he had the "opportunity to inflict physical violence" and **did not take advantage** of the "opportunity to inflict physical violence". **He was not a threat, from the expression on his face he was pissed off and may know a lot more about what was happening and/or what was supposed to happen to me**.
        - This guy watched me for more than 30 minutes. **He was not a threat.**
- **March 30, 2023:** Completed the move out process from                   . Utilized the same system as Smyrna, Georgia, getting a U-HAUL truck and reserving movers from the U-HAUL system. My stuff was moved into Life Storage - 4601 South Blvd, Charlotte, NC 28209.
    - **OF INTEREST:** Contact Lyna Alfaro see message from March 31 as I was moving out of Lincoln at Dilworth.
    - While staying at the                                  , I attempted to book a hotel reservation at the Seattle Marriott Waterfront but was unable to due to an error. See Technology Abuse folder

**voicemail.amr**



— **March 31, 2023:** Upon arrival at Seattle-Tacoma Washington (SEATAC) airport, a teenage girl with blonde hair video recorded Jax and I while riding the airport tram to get my luggage. I made a hotel reservation at the Hotel Pineapple

Previous reasons for moving to Charlotte, North Carolina -

**April 7, 2023 | YouTube Search - Lifeweaver, of the Overwatch Series**
Overwatch 2 & 1 (2023) All Origin Stories,
**Screenshot of Interest: Active Threats - is this Stripe, Inc., Paystack and Stripe, Inc. offices?**
- Seattle, Dorado, Rio de Janiero, Numbani, Paris
- Enemies within Overwatch and enemies outside of Overwatch attacked
- Enemies blow up our headquarters

**Character of Interest:**
- **Sombra** - Hacker, manipulator, information is power - politicians, corporations, governments. Someone noticed her.

**May 4, 2023 | Meeting with Ingrid Jones on My Birthday**
Again, Ingrid Jones did not offer help to Charisse S. Moore to survive stalking in Atlanta, Georgia and Charlotte, North Carolina.
All Ingrid Jones could tell Charisse S. Moore on May 4, 2023, was that her therapy sessions were **"helping people"** and that Charisse S. Moore **could "survive a couple of naked pictures".**



March 30, 2023

Lindsey Dewhurst
Leasing & Marketing Manager
Lincoln at Dilworth
905 Kenilworth Avenue
Charlotte, NC 28204

RE: Lease Termination - Apt 479 Lincoln at Dilworth

Dear Lindsey,

This letter serves as notification that I will be vacating the Lincoln at Dilworth property located at 905 Kenilworth Avenue, Charlotte, NC 28204, Apartment 479 on Friday, March 31, 2023.  This decision is not taken lightly, due to safety and security concerns it is necessary for me to terminate my lease.

As discussed, during the past two weeks, the following incidents have occurred within my apartment:
- Saturday, March 11th - Noticed green pin-dot laser light against my curtains at multiple points throughout the day
- Wednesday, March 15th - Awaken by a green pin-dot laser light on my face at 3:45 am.
- Thursday, March 16th - During a meeting, noticed red pin-dot laser light against the wall where my desk is step up 4:00 pm - 4:30 pm
- Friday, March 17th - Awaken by a bright camera flash between 3:30 am - 4:00 am
- Saturday, March 18th - Green pin-dot laser light shined on my face at 7:30 am

Note that on Wednesday, March 22nd the apartment above me from 5:30pm - 6:20pm either moved and/or constructed items that were loud and disruptive in nature.
- On Wednesday, March 22nd at 5:56pm I noticed the green pin-dot laser light against my curtains.
- On Thursday, March 23rd at 3:15am I noticed the green pin-dot laser light against my blanket near my face.

Contacted and meet with the Charlotte Mecklenburg Police Department to discuss the situation
- Tuesday, March 21st - Case Number 20230321155300
- Thursday, March 23rd - Case Number 20230323101700

Lease Termination Options were previously provided, at this time I will move forward with Option 3 - Rent Responsible until Re-Lease. Note that my original lease agreement termination date is June 30, 2023.

As I both live and work from home, safety and security are of the utmost importance for me. It is unfortunate that the circumstances noted above have occurred.

If you have any questions or concerns, feel free to contact me at the details listed below.

Best,

*Charisse S. Moore*

Charisse S. Moore
cydreis9@gmail.com
917-386-5745

LINCOLN
at Dilworth

**Move Out Balance Statement**
Charisse Moore
905 Kenilworth Ave Apt 479 | CHARLOTTE NC 28204
July 10, 2023

| Charges | Amount |
|---|---|
| 3/1-3/31 March 2023 Rent | $2,268.00 |
| 3/1-3/31 Valet Trash | $30.00 |
| 3/1-3/31 Pest Control | $3.00 |
| 3/1-3/31 Pet Rent | $20.00 |
| 12/25-1/25 Water, Sewer and Water Admin Fee | $19.87 |
| 1/25-2/25 Water, Sewer and Water Admin Fee | $19.28 |
| 2/26-3/31 Water, Sewer and Water Admin Fee | $22.53 |
| April Rent | $2,268.00 |
| May Rent | $2,268.00 |
| 6/1-6/29 Rent | $2,192.40 |
| **Total Charges** | **$9,111.08** |

| Credits | Amount |
|---|---|
| Security Deposit | -$300.00 |
| 3/2 Payment | -$2,340.87 |
| 4/2 Payment | -$2,340.28 |
| **Total Credits** | **-$4,981.15** |

| Total Due | $4,129.93 |
|---|---|

**Schedule of Payments:**
Payment is due in full by **Thursday, August 10, 2023**

**Terms of Payment:**
Payment is due in full on or before the scheduled date. Payments must be made
in certified funds. Legal action will be immediately taken for the collection of the
unpaid debt described above if payment is not made in full on the scheduled date
Nonpayment of the above debt will negatively affect your rental and credit history.

This document was prepared by:

_____          7/10/23
Kristen Hooper, Resident Manager               Date

CC: USPS, Email, Resident File

Per North Carolina Debt Collection Law, we are required to state the following:
**THIS IS AN ATTEMPT TO COLLECT A DEBT**

Lincoln at Dilworth • 905 Kenilworth Avenue • Charlotte, NC 28204

# Potential Trigger for 2023 Nashville Mass Shooting

I am the victim of a multi-year                    scheme, my name is                        with timelines  from 2021 - Present, possibly earlier than the provided timeline.

**Charisse S. Moore** -
   — **Charisse S. Moore is a UNITED STATES OF AMERICA CITIZEN**

**Scenic Productions**
   — **Ryanne Duffie Saucier, Dan Saucier, Terry Duffie, Sharon Duffie**

**Vanderbilt University**
   — **Tara Duffie**

**Potential trigger:**
   — **Targeting in Orlando, Florida, Smyrna, Georgia and the Military Tactical hold in Charlotte, North Carolina, pictures previously in my phone from the Pulse Mass Shooting in Orlando, Florida.  Look at the outfit of Aiden / Audrey Hale and my pictures from March 31, 2014. The kids knew that I was being stalked by** Ryanne Duffie Saucier, Dan Saucier, Terry Duffie, Tara Roseanne Duffie, Vanderbilt University and additional known and/or unknown co-conspirators targeted me in Smyrna, Georgia, Charlotte, North Carolina.

**2019 - 2021 | Charisse S. Moore - Orlando, Florida resident**
   — **November 12, 2020** - Texted me and asked whether I would come to her house in Smyrna, GA, for Thanksgiving. I stated that I would not come to Thanksgiving due to the COVID-19 pandemic. I stated that I was considering moving to Atlanta, GA.
   — **April 2021** - Visit to Atlanta, Georgia, to look for apartments in the Buckhead area Dan and Ryanne (maybe more Dan). Ryanne Duffie Saucier spoke of Dan Saucier having COVID-19 in March 2020 and not being able to get into hospital at Emory, as the focus was on Black patients.
   —

**2021 - 2022 | While a resident at the                        apartment complex in Smyrna, Georgia, I believe that there were HIDDEN CAMERAS installed in my apartment and the following activities took place:**

   — **June 1, 2021** - Ryanne Duffie Saucier and                    sent me text messages when I moved to Smyrna, Georgia, that if I ever needed anything to please feel free to reach out.
      —               resides in Smyrna, GA with her two children and her husband, Derek, who serves as the Mayor of Smyrna."
         — Contact AT&T to obtain text messages from June 2021
   — **June 1, 2021 | Welcome to Smyrna, Georgia (Atlanta, Georgia)**

- I spent the weekend at Ryanne Duffie Saucier and Dan Saucier, as they were out of town. Their babysitter for Elias was at their home in Smyrna, Georgia for the weekend, with her boyfriend.  The babysitter and her boyfriend (unfortunately, I do not remember their names) slept upstairs and I slept where I usually slept, downstairs in the guest room.
- The babysitter was a student at the University of Georgia, in Athens, Georgia. Dan Saucier has a sister and nephew that also live in the Athens, Georgia area.
- The babysitter and I had multiple conversations about her attending a friends wedding that celebrated the Indian culture.  At this same time, I may have shared a vision that I had for a multi-cultural show to help people see that we have more in common than we do differences.

- **August 2021 | Conservation about Ryanne Duffie Saucier joining Fox News**
  - Ryanne, Dan and I had a conversation about Ryanne Duffie Saucier joining the Fox News team and how Fox News has changed.  I was happy for Ryanne to join the Fox News team and told her about an old friend that worked at Fox News and how successful that person looked from her LinkedIn.  Ryanne and I then talked about clothes that we wore at work. I specifically noted that I like to wear crew neck tops, so that "there is no funny business".  Meaning focus on the work and be respectful of myself and people's families. Ryanne looked at me kinda of strange, but I understand because the comment came out of nowhere.  I then switched the subject to tv shows and movies and talked about the movie          .  I showed Dan and Ryanne have pictures of my family (Sir Patrick Allen's family) and my Mom's home in Boca Raton, Florida. My intention was to show the diversity of family, as Dan mentioned a couple of times that he has no-racial siblings that he would like to meet from Mississippi.

*Ryanne Duffie Saucier and Dan Saucier*
- **November & December 2021 |** Spent the holidays with          and          in Atlanta, GA, to include, Thanksgiving, Christmas and New Year's Eve.
  - **Halloween 2021 |** Note that          actively highlighted her son wearing Minnie Mouse slippers to be "just like his mom", in addition to Ryanne and Dan allowing their son to come down the stairs and outside unclothed.
    - **NOTE:** During this time, Ryanne Duffie Saucier mentioned          "grooming" child abuse. Ryanne may have been referencing something to this nature, I am not sure, as I did not ask and was not interested in the talking point.
      -          
  - **November 2, 2021 |**          asked me repeatedly to spend the night at their house for unknown reasons.  I lived approximately 10-15 minutes away from Ryanne Duffie Saucier and Dan Saucier. Spent the night at Ryanne Duffie Saucier and Dan Saucier's house at Ryanne's insistence. We (Ryanne Duffie Saucier and Charisse S. Moore) fell asleep downstairs on opposite sides of the sofa watching the last game in the World Series, with the Atlanta Braves winning the World Series on November 3, 2021.
  - **November 5, 2021 |** Hung out with Dan Saucier, Ryanne Duffie Saucier, Mechel

McKinley Hoffman - Realtor and her husband at Truist Park to celebrate the Atlanta Braves winning the World Series
  — **OF INTEREST:** 

— **November 28, 2021 - December 3, 2021** - I offered to housesit for
   and Dan Saucier at their home 3335 Hidden Trail SE, Smyrna, Georgia, as there was a series of issues at Elevate West Village in Smyrna, Georgia
   — **November 28, 2021** - Ryanne played the voice recording of the Mickey Mouse impersonator for Elias with directions that they are going to             in Orlando after Thanksgiving 2021.  She paid the actor, who actually acts as Mickey in the Disney park $400 for a five minute call with Elias. I had the video of when the guy called Elias on Sunday, November 28, 2021.
   — **December 25, 2021** | I remember Sharon Duffie looking at Ryanne Duffie Saucier on December 25, 2021, saying that Ryanne sleeps naked, Elias comes into the bedroom and sleeps with her and that Dan sleeps in the spare room due to his sleep apnea. It was a strange comment that came out of nowhere.

Daniel Saucier
Race: White male, of American Indian and Cajun descent
· Height: Tall (about 6'2 or 6'3)
· Build: Heavyset, 300 lbs
· Age: 43 years old

**May 2022 | Smyrna, Georgia Targeted**
Following up with you on being potentially stalked. On Thursday, May 12, 2022 – I saw one (1) young black man walking in the opposite direction of my morning walk with Jax (7:05am - 7:25am):
· Race: Black male, dark skinned
· Height: Tall (about 6'0)
· Build: Skinny, 150-165 lbs.
· Age: 20-27 years old
· Clothes: White baseball hat, white Ralph Lauren Bear long sleeve hoodie, white shorts that hit at the knee, white sneakers, backside of underwear had some yellow in it
As we walked in opposite directions, when he approached my direction, I crossed into the median grass area and continued to walk my dog. After the individual walked past me, I returned to my original path and smelled weed from the man's walking path. *He had a little black video recording device in his hand*, he looked in the Bobbie Sharma clothing store with it. As I made the loop around the buildings (beginning at Five Guys to McCray's Tavern to the Alexander Dentist office and back to Elevate West Village), our paths crossed on opposite sides of the street, he said 'Hi', pseudo waved and pointed the black device my direction. I shared this information with Ingrid Jones, Rachel Luppino (friend) and Andre Gilgeous (cousin), each individual did not pay attention to issue.

**2022 – 2023 |** While a resident at the                              apartment complex in Charlotte, North Carolina, I strongly believe that there were HIDDEN CAMERAS installed in my apartment and the following activities took place:

**2022 - 2023 | Stripe, Inc.**
— **October 2022 |** As Payroll Program Manager, my personal phone was used to conduct business on behalf of Stripe, Inc. to include, but not limited to, calls to the following organizations:
    — Ultimate Kronos Group (UKG) - United States Payroll
    — **OF INTEREST:** Contacted Gusto Payroll to gain access to Stripe, Inc. subsidiaries reports
    — **OF INTEREST:** Partnered with Finance Operations, Corporate Tax and SALT to resolve State of Maryland Payroll Employer Quarterly taxes, Baltimore County and City of Baltimore taxes for Helm Services

**December 2022:** I,                    , read the book                                               . The name of the book, Betrayal Trauma, is enough to get anyone's attention. Especially when former friends stalk you and leave threatening message.

**- OF SIGNIFICANT IMPORTANCE:** Fall 2021 | Remember Dan Saucier talking about people getting shot while he was a child at home.

**Military Tactical Hold within the Lincoln at Dilworth apartment complex:**
For months and months (December 21, 2022 through March 31, 2023), everytime that I took Jax out for a walk, people lined their cars up in the driveway at Lincoln at Dilworth, stood in the garage at Lincoln at Dilworth, lined up on the walking path for Jax and/or followed down the elevator. There was an unknown social media frenzy to me.

The elevator episodes were of particular interest as, each time that I pushed the button for the elevator, the elevator went up to the fifth (5th) floor prior to coming to the fourth (4th) floor. I sensed that the men that were in the elevator were following me and/or watched me take a shower and watched the video of me showering.

— **December 27, 2022:** There were four (4) vehicles that surrounded the exit of Lincoln at Dilworth, when I went to walk Jax.   **VEHICLES OF INTEREST:** Black Ferrari (this vehicle was in the Lincoln at Dilworth parking garage in December 2022)
    — **NOTE:** A resident, white woman with blonde hair and a little Poodle stared at me in the elevator and did not say a word.
— **December 28, 2022:** **Ulta Beauty at** 7314 Waverly Walk Ave, Charlotte, NC 28277

— Doxxed while paying for Dolce & Gabanna - Light Blue. The cashier asked for my phone number and screamed my phone number across the entire store.

— **Banfield Pet Hospital appointments at Charlotte SouthPark**
   — **February 10, 2023:** The veterinarian pulled out a lot of Jax's teeth in the top part of his mouth. Jax must now eat soft food, instead of the Blue Buffalo that he traditionally ate.
   — **OF INTEREST:** Instead of the traditional call from the Veterinarian's office, the follow-up call about the surgery I received an email instead which was strange, as this was the first time that person wanted to help out

— **February 22, 2023:** Followed by Grey Jeep Wrangler with dark tinted windows to church on Ash Wednesday at St. Gabriel Catholic Church.
   — **Address:** St. Gabriel Catholic Church - 3016 Providence Rd, Charlotte, NC 28211
   — **Of Interest:** This is the day that my ears finally stopped burning and turning red.

**March 6, 2023 - March 20, 2023:** The stalkers upped the ante and started to use laser pointers through the vents in the Living Room, Bedroom, Bathroom, Office area and additional unknown areas of the apartment.  Specifically, unknown individuals shined laser points in my eyes when I woke up from sleeping at 3:00M or 3:30am to wake me up.

**March 2023** | As Payroll Program Manager, I made calls to the State of California Employment Development Division (CA EDD) for Payroll Employer Quarterly Tax purposes, this occurred during the same time of the Silicon Valley Bank (SVB) crash
   — **Silicon Valley Bank (SVB) and First Republic Bank (** ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ **)**
   — During this time I also made calls to the United States Department of Treasury and/or the Internal Revenue Service (IRS), to recover and/or seek a refund on behalf of Stripe, Inc. (with the Bureau of the Fiscal Service, ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ ) and could audibly hear a call drop in the background, this occurred in March 2023 (on my phone ⬛⬛⬛⬛⬛ ).
      — The call was dropped after the recorded statement of *"This is a recorded line of the United States Department of Treasury and/or the Internal Revenue Service"*

   — **March 2023** | As Payroll Program Manager, this coincided with the Stripe Tender Offer scheduled for March 2023.  Additionally, I made calls with the State of California attempting to recovering ~$500K on behalf of Stripe, Inc., the State of Maryland in partnership with ⬛⬛⬛⬛⬛⬛ , Corporate Tax, ⬛⬛⬛⬛⬛⬛ , State and Local Tax (SALT) and ⬛⬛⬛⬛⬛⬛ , Finance Operations and ⬛⬛⬛⬛⬛⬛ , Real Estate ~$3.0M and the City of Baltimore

   — **Tuesday, March 21, 2023:** Again, contacted the Charlotte-Mecklenburg Police Department to perform a search of may apartment due to possible hidden cameras, break-ins and to discuss mischievous behavior within my side of the apartment complex.
      — *Tuesday, March 21st - Case Number 20230321155300*

— **Thursday, March 23, 2023:** Again, contacted the Charlotte-Mecklenburg Police Department to perform a search of may apartment due to possible hidden cameras, break-ins and to discuss mischievous behavior within my side of the apartment complex. The Responding Officer was Officer Jackson, and it took Officer Jackson two (2) hours to come to my apartment after the initial call to the Charlotte-Mecklenburg Police Department.
    — *Thursday, March 23rd - Case Number 20230323101700*

— **March 28, 2023 |** ........................................................................................................
    — "Six people — including three children — ........................., and the suspected attacker was killed by police within minutes of the first call of an active shooter.
    — Audrey Hale, whom police identified as the shooter, had bought seven firearms — including the three guns used in the attack — legally and had been in treatment for an emotional disorder, Nashville Police Chief John Drake said Tuesday."

— **March 30, 2023:** There was a White guy in a Black Chevy Suburban, that followed me from Lincoln at Dilworth to Pearl Street Park - 1200 Baxter St, Charlotte, NC 28202 with North Carolina vehicle tag - **SOLD.**
    — He walked into ...................................... - 1120 Pearl Park Way, Charlotte, NC 28204. The guy was wearing a golden yellow t-shirt, black sleeveless vest with quilted diamonds, black pants and was bald-headed and his face was bright red after looking at me.  He made his presence known.
    — **OF INTEREST:** This guy made his presence known, he had the "opportunity to inflict physical violence" and **did not take advantage** of the "opportunity to inflict physical violence". **He was not a threat, from the expression on his face he was pissed off and may know a lot more about what was happening and/or what was supposed to happen to me, Charisse S. Moore.**
        — This guy watched me for more than 50 minutes. **He was not a threat.**
        — **NOTE:** ..................................... (formerly **EMF Broadcasting**, abbreviated EMF) is an American ............. Christian media ministry based in ............, ..............., a suburb of .......... . Educational Media Foundation - I believe this maybe be related to the SOLD gentleman, per Wikipedia "The president and of EMF is Todd Woods, named to the position on March 21, 2023.[1] Woods replaced Bill Reeves, who held the position from July 15, 2019, till March 21, 2023. Reeves replaced interim president and CEO Alan Mason, who himself succeeded longtime head Mike Novak.[2]"

## 2019 | Restructuring Might Have Just Made Cumulus Media an Interesting Bet

( ........................................................................................................................................

"Last year, when it filed for bankruptcy, the value of its assets was below the level of its debt. The situation was so bad that the debt was actually more than 100 times the value of the equity and more than 25 times Ebitda. But it has made a conscious effort to reduce the gearing, divesting six stations to Educational Media Foundation for approximately $25 million and using the money primarily to pay off term loans. There are more such divestitures expected in the near future."

**NOTE:** ................................................ (formerly **EMF Broadcasting**, abbreviated EMF) is an American .............. Christian media ministry based in ............., ............., a suburb of ............... Educational Media Foundation – I believe this maybe be related to the SOLD gentleman, per Wikipedia "The president and ....... of EMF is Todd Woods, named to the position on March 21, 2023.[1]Woods replaced Bill Reeves, who held the position from July 15, 2019, till March 21, 2023. Reeves replaced interim president and CEO Alan Mason, who himself succeeded longtime head Mike Novak.[2]"

### September 29, 2021 | US Department of Justice, Southern District of Alabama, Interstate Stalking

— **Per the US Department of Justice, Southern District of Alabama, Interstate Stalking website,** "In 1996 Congress passed an anti-stalking law as part of the Violence Against Women Act (VAWA). Under this law it is a federal felony to cross state lines to stalk or harass an individual if the conduct causes fear of serious bodily injury or death to the stalking victim or to the victim's immediate family members. It is a federal felony to stalk or harass on military or U.S. territorial lands, including Indian country (18 U.S.C. § 2261A). It is also a federal crime to cross state lines or enter or leave Indian country in violation of a qualifying Protection Order (18 U.S.C. § 2262)."

**OF INTEREST:**

— **August 31, 2021** | I started ............................................ sessions for unresolved trauma related to my brother Winston Alexander Moore, Jr.'s death with Anne Mayfield in the Atlanta, Georgia.

— **June 26, 2021** | Attended birthday party of Ryanne Duffie Saucier and Dan Saucier's five (5) year old child.  In attendance at the party was Terry Duffie, Sharon Duffie, Skip Duffie (Terry Duffie, Jr.) and children and parents from Ryanne Duffie Saucier and Dan Saucier child's school.

　　— **NOTE: Ryanne Duffie Saucier's father Terry Duffie owns a Radio Station in Dothan, Alabama** Radio Station Owned by Terry Duffie (Father): .................

- **Terry Duffie, Member of Alabama Broadcasters Association**
  - Professional website -
  - LinkedIn -
  - Founder of
  - Founder of
  - Executive Director of
  - Governor's Advisory Board of Educational TV of Alabama (appointed by
    )
  - Liaison for Governmental Affairs for State of Alabama to National Association of Broadcasters
  - Elected and Served 2-4 Year Terms on the Associated Press Board of Directors (Representing the State of Alabama, Mississippi, Tennessee, Kentucky and Louisiana)

## Contact Details
- Ryanne Duffie Saucier, Vice President of Legal Affairs at Fox News Stations (
  )
  - Ryanne is the Vice President of Legal Affairs at Fox News Stations and was is in charge of the Orlando, Gainesville and Tampa markets at Fox News Stations
  - Ryanne Duffie Saucier was formerly employed by , as General Counsel with directly reporting responsibility to Richard Denning
    -
    -
    -
  - I blocked Ryanne's phone and email, as of January / February 2022
    - LinkedIn profile -
    - Email address -
    - Email address -
- Dan (Daniel) Saucier, Real Estate Agent at Keller
  - Dan is a Real Estate Agent at Keller Knapp Realty
  - I blocked Dan's phone and email, as of January / February 2022
    - LinkedIn profile -
    - Email address -
- Tara Roseanne Duffie, MA, DNP, PMHNP-BC
  - Psychiatric Mental Health Nurse Practitioner at Vanderbilt University
  - Professional website -
- Ingrid Jones, Licensed Mental Health Counselor (LMHC)
  - Adjunct Professor at Nova Southeastern University and Broward College
  - LinkedIn profile -
  - Email address -
  - Personal website -
  - Professional website:
  - Instagram:

— 
— Licensed by State of Florida / MH10957
— Address - 5850 Coral Ridge Drive, Suite 314, Coral Springs, FL 33076
— Phone Number - 
— Phone Number:

      


March 30, 2023

Lindsey Dewhurst
Leasing & Marketing Manager
Lincoln at Dilworth
905 Kenilworth Avenue
Charlotte, NC 28204

RE: Lease Termination - Apt 479 Lincoln at Dilworth

Dear Lindsey,

This letter serves as notification that I will be vacating the Lincoln at Dilworth property located at 905 Kenilworth Avenue, Charlotte, NC 28204, Apartment 479 on Friday, March 31, 2023. This decision is not taken lightly, due to safety and security concerns it is necessary for me to terminate my lease.

As discussed, during the past two weeks, the following incidents have occurred within my apartment:

- Saturday, March 11th - Noticed green pin-dot laser light against my curtains at multiple points throughout the day
- Wednesday, March 15th - Awaken by a green pin-dot laser light on my face at 3:45 am.
- Thursday, March 16th - During a meeting, noticed red pin-dot laser light against the wall where my desk is step up 4:00 pm - 4:30 pm
- Friday, March 17th - Awaken by a bright camera flash between 3:30 am - 4:00 am
- Saturday, March 18th - Green pin-dot laser light shined on my face at 7:30 am

Note that on Wednesday, March 22nd the apartment above me from 5:30pm - 6:20pm either moved and/or constructed items that were loud and disruptive in nature.

- On Wednesday, March 22nd at 5:56pm I noticed the green pin-dot laser light against my curtains.
- On Thursday, March 23rd at 3:15am I noticed the green pin-dot laser light against my blanket near my face.

Contacted and meet with the Charlotte Mecklenburg Police Department to discuss the situation
- Tuesday, March 21st - Case Number 20230321155300
- Thursday, March 23rd - Case Number 20230323101700

Lease Termination Options were previously provided, at this time I will move forward with Option 3 - Rent Responsible until Re-Lease. Note that my original lease agreement termination date is June 30, 2023.

As I both live and work from home, safety and security are of the utmost importance for me. It is unfortunate that the circumstances noted above have occurred.

If you have any questions or concerns, feel free to contact me at the details listed below.

Best,

*Charisse S. Moore*

Charisse S. Moore
cydreist4@gmail.com
917-386-5745






**Lincoln at Dilworth Apt 479**

March 29, 2023 at 10:59:36 AM · 29 of 81

**10:59**                                      .ıl 5G+ 

# About this location                    ✕

Your estimated location

**Atlanta GA, Georgia**

**From your IP address**

Your general area is estimated from your IP address. An IP address is assigned to your device by your internet service provider, and it's required to connect to websites and online services.

    To get results for a specific area, include a location in your search

# British Monarchy and Stalkers

I am the victim of a multi-year                scheme, my name is                with timelines from 2021 - Present, possibly earlier than the provided timeline.

**Charisse S. Moore -**
— **Charisse S. Moore is a UNITED STATES OF AMERICA CITIZEN**

**British Monarchy Potential Stalkers of Charisse S. Moore, listed below:**

George Phillips, HRH, Daniel (Dan) Saucier, Ryanne Duffie Saucier, Tara Roseanne Duffie, Terry Duffie, Skip Duffie (Terry Duffie, Jr.), Ingrid Jones, Licensed Mental Health Counselor, Mark Jones, Middleware Engineer, Daniela Jones, Brenda Cecelia Duenas Hill, Michael Hill, Brian A. Temple, MD, Diane Essilfie, Anthony Smith (my Uncle), Brianna Smith (my cousin), Stacey Malcolm / Stacey Lester / Stacey Graham, Grimes (Claire Elise) and additional known and unknown con-conspirators have partnered with the British Monarchy to implement brain hijacking's with information below typed about the British Monarchy.

Maralou Billig is responsible for killing Rafael Konopka another Nutcracker ending in September 2020.

June 19, 2024, George Phillips, HRH stated that he won $2.75 billion dollars off of Charisse S. Moore in the Unauthorized Non-Consented Psychology, Business and Technology Social Media experiment.

Charisse S. Moore has not received any financial assistance since been stalked in Orlando, Florida; Houston, Texas; Orlando, Florida; Smyrna, Georgia; Charlotte, North Carolina; New York, New York; Dublin, Ireland; London, England; New York, New York; Walt Disney World, Florida; South Florida and New York, New York.

I, Charisse S. Moore have not met the British Monarchy before with the exception of walking past Prince Edward at 6:45am in late July 2023.

In late July 2023, I had a procedure on my legs to help with the blood flow to and from my heart in my left leg and my right leg, by Dr. Sajit Bhursi, Upper East Cardiology. My left leg has an implant by Micron because the valve in my left leg that is responsible for major blood flow to and from my heart has stopped. Please stop using my legs to stop me from walking.

They used the answer to Snap, Inc. / Snapchat Interview Prep question #3 to mess up my Chanel eyeglass prescription   and my eyes picked up at Optyxx in the Upper East Side, New York, initially identified in October 2023 and publicly identified by me on June 24, 2024.  Please note that Elon Musk has tried to identify this gently since January 2024 in New York, New York.

Why would you use Artificial Intelligence, Machine Learning, Search Engine Optimization (SEO) keywords, hacked documents, Business, Technology, Fashion, Retail, Psychology, Domestic Violence Circle, Trading Spouses, Music, Production, Music Mixing and talking like a baby all at the same time on people.  These individuals have tied the clothes that Charisse S. Moore buys to the British Monarchy rules without informing Charisse S. Moore that she is related to the British Monarchy and have not provide Charisse S. Moore with an allowance and/or public relations schedule to align with the British Monarchy. See

Sitting with my legs crossed deploys Dan Saucier to spit in my vagina, because it does not align with British Monarchy unknown rules and regulations - that I am not a part of!

Charisse S. Moore jobs is the equivalent of Michael Tindall's, Zara Phillips Tindall's husband in Mergers and Acquisitions, of the British Monarchy.

The lesson from Prince Harry and Duchess Meghan Markle was not learned.

And for the love of God, why would you use the Bible against someone and wrestling (like seeing a car tag that says NWO and then use a "power driver" wrestling move. There is no transfer the load for interest, taxes and penalties at $600,000,000 a day, $20 Trillion dollars in back taxes. And why is Ryanne Duffie Saucier, Dan Saucier, Tara Duffie obsessed with Charisse S. Moore's vagina. Everyone is trying to help and they do not like the things going on down there.

The British Monarchy ran Charisse S. Moore out of her apartment in September 2023 - 140 East 56th Street, Apt 4A, New York, New York.

- **NOTE:**                              **is an Accounting Intern at KPMG, identity the relationship to**                              , Sector Executive of Technology, Media and Telecom industry at KPMG.
-                                                      is the reason that                              received Charisse S. Moore's old apartment 140 East 56th Street, Apt 4A, New York, New York 10022.
- At a family gathering in August 2023, I heard that Brenda and Michael moved to the City, to be closer to Michael's job as it would be easier for her and the kids. Michael's office is near my old apartment.

**Was the goal of multiple unnecessary medical procedures on Jax to implant a device within the dog, that could listen to conversations like Alexa from Amazon? Why did Jax have three - four medical visits in one year 2023?**

**2022 – 2023 | While a resident at the**            **apartment complex in Charlotte, North Carolina, I strongly believe that there were HIDDEN CAMERAS installed in my apartment and the following activities took place:**

**2022 - 2023 | Stripe, Inc.**

**As Payroll Program Manager at Stripe, Inc. I had full access to HR master data, Payroll master data, Financial data and Benefits for all of Stripe, Inc. and its subsidiaries, to include, but not the following:**

(                                         )

- — Personal Identifiable Information (PII)
- — Personal Health Information (PHI)
- — Business Identifiable Information (BII)
  - — Trade secrets, commercial or financial information that is privileged or confidential.
- — Confidential Information (CI) to include Mergers & Acquisitions

- — **October 2022 |** As Payroll Program Manager, my personal phone was used to conduct business on behalf of Stripe, Inc. to include, but not limited to, calls to the following organizations:
  - — Ultimate Kronos Group (UKG) - United States Payroll
  - — **OF INTEREST:** Asked my boss             , Global Payroll Lead, to reach out to Pat Wadors, former Chief Human Resource Officer (CHRO) at LinkedIn (now at ServiceNow) for assistance with UKG and Stripe, Inc. matters.
  - — **OF INTEREST:** Contacted Gusto Payroll to gain access to Stripe, Inc. subsidiaries reports
  - — **OF INTEREST:** Partnered with Finance Operations, Corporate Tax and SALT to resolve State of Maryland Payroll Employer Quarterly taxes, Baltimore County and City of Baltimore taxes for Helm Services

**Fall 2022:** Ordered a couple of books from Amazon as I continued curiosity path with Psychology, to include:

- — **August 14, 2022:**
  - —                                **- Did not read**
- — **October 6, 2022:**

—

— **October 24, 2022:**

—

—

— **November 25, 2022:**

—        **- Did not read**

—

—        **- Did not read**

— **- Did not read**

**Military Tactical Hold within the Lincoln at Dilworth apartment complex:**

For months and months (December 21, 2022 through March 31, 2023), everytime that I took Jax out for a walk, people lined their cars up in the driveway at Lincoln at Dilworth, stood in the garage at Lincoln at Dilworth, lined up on the walking path for Jax and/or followed down the elevator. There was an unknown social media frenzy to me.

**Ask For Protection (After Charlotte)**

I asked for protection after Charlotte 2023, prior to moving to New York in May 2023. The ask for protection somehow turned into Targeted Retribution - London, Disney, Boca Raton. I am returning to New York and the NorthEast, with California being a possibility for safety. The stalking laws.

— **April 28, 2023:** Flew from Seattle, Washington airport to Miami, International Airport to meet Ingrid. Ingrid told me that she planned to go to that airport to get a Global Entry card. Upon arriving at Miami International Airport, I learned that Ingrid Jones was not able to come to the airport, as her mother's vehicle had issues. I took a Lyft from Miami International Airport to the Galleria Mall in Fort Lauderdale and waited for Ingrid in the Macy's garage.
  — We went out to lunch and talked for a while. After lunch, I booked an Airbnb and Ingrid took me to the Airbnb in Hollywood, Florida and while driving I met her brother over FaceTime or WhatsApp. Ingrid's brother seemed nice.
— **May 4, 2023:** Met with Ingrid Jones at the Sawgrass Mills Mall, Florida, to discuss the stalking situation and next steps to move forward to safety after Charlotte. I did research on Stalking laws for California, Washington and New York. I used my role at Stripe, Inc. and there offices as part of my research process, as I thought that it would be safer to work in an office versus working remotely. With everything that happened in Charlotte, I did not have an opportunity to talk to another person face-to-face to get the help that I needed - help to prevent people from continuing to stalk me. Ingrid never asked, "are you okay?". Ingrid never stated that she contacted the police, FBI and/or reached out to anyone to help me. Ingrid mentioned Colombia in the early April 2023 call on the new Verizon phone.
  — ***Ingrid simply stated that "Charisse you can survive a couple of nude pictures. Make***

*sure you look your best. You'll be fine."*

**OF SIGNIFICANT IMPORTANCE**
- Widely publicized personal therapy sessions, clearly identified while a resident in New York, New York with the keywords - Barbie, Oppenheimer and DARPA. Additional discussion points include working with Dr. Michelle Pantoya, Engineering Professor who focuses on Combustibles.
  - **OF INTEREST:** I mentioned             to                                                           , to end the call on Thursday, July 18, 2023.
    - **NOTE:** Michael Hill's office at Santander is near my old apartment - Santander Investment Securities Inc. 45 East 53rd Street, New York, NY 10022
  - **OF INTEREST:** In late July 2023, I saw **Prince Edward, the Duke of Edinburgh** as I walked Jax around 6:45am near my old apartment on East 56th Street and Lexington Avenue in New York, New York.
    - **NOTE:** That during dinner with Anthony Smith, he explicitly asked, who trained the dog, who trained Jax?

**August 24 - 25, 2023 | London, England**
**August 24, 2023 | Traveling to**
- **Key songs that were played while driving to                        in London, England**
  - 
  -                                             (minus Duffy's guitar riff)
  - **NOTE:** Calling card here is              . Ryanne's maiden name is Duffie (
                        ).
    - **knows how much I love Guns and Rose, I am not sure how he knows that I love the song November Rain.**
  -                will answer to the  Federal Bureau of Investigation (FBI), Central Intelligence Agency (CIA), United States Department of Justice (DOJ) - Human Trafficking, the United States Department of Health and Human Services (DHHS) - Everything, the United States Department of Energy (DOE) -                                                                                                                , the United States Securities Exchange Commission (SEC), US Department of Treasury and other Federal agencies.

**August 25, 2023 | London, England and Sheffield, England**
- While walking around London, England, several people (women) attempted to show me different stores to help change my style, to include Zara and Accessorizes.
  - **NOTE:** How did they hear about the $75,000 that                              owes me for moving multiple times due to long-term stalking?
- Prior to arriving in London, England, I performed research on                        to include
                 ,                            and all members of                       initially listed on                      landing page(s).
  - **OF SIGNIFICANT IMPORTANCE:** While passing by the Zara and Accessorizes store in

the pictures below, I noted that if Ryanne Duffie Saucier and Dan Saucier paid me the $75,000 dollars for all of the times that I had to move before stalking (now known as Interstate Stalking based on the Department of Justice guidance for the Northern Districts of Georgia), then it could help me recover from the multi-year stalking scheme.

— I thought that I was taking part in a bit of show and tell, and saw a woman that looked like my Aunt Michelle. Note that I showed          and                          a picture of my Aunt Michelle's son while at their home in Smyrna, Georgia in August 2021. I followed a woman to a bus station and took a bus to Sheffield to visit my cousin, Brian Galloway.

— After a distressing incident, I called and/or texted                              for assistance and there was a delayed response by                              .

## August 25, 2023 | Meeting with Ingrid Jones, Licensed Mental Health Counselor

— In August 2023, while visiting London, England, I met with my cousin and ask if Sir Patrick Allen was our Grand Uncle and received confirmation of the following:
  — My Grand Uncle is              , Governor-General of Jamaica, Vice Regal of the British Royal Monarchy reporting to              .
  — **NOTE:** That I had a quick meeting with              over Zoom, it may have been on              Zoom application

## August 26, 2023 | Buckingham Palace

— On my way back to Heathrow airport, the taxi driver drove directly in front of              and then people walked down the street signaling a cold shoulder – "cold opening".

## September 10, 2023 - September 13, 2023 | Disney Yacht Club Resort, Orlando, Florida

— The British Monarchy and British Monarchy alliance stalkers had Charisse S. Moore curtsy in the shower for six (6) hours with the brain hijacking Unauthorized Non-Consented experiment at Walt Disney World in September 2023 and said that Charisse S. Moore would be whippings for not curtsying correctly. The number of whippings incorrectly curtsying were up to 1,500.

— The British Monarchy alliances stalkers and then asked about dissociation via brain hijacking, see Growth Plan_2022.04 a random series of notes based of the United States of America National Institutes of Health (NIH) quick research.

## September 20, 2023 - September 24, 2023 | The Diplomat Hotel

— Why were there nude pictures taken of              **of my rear end** while using the bathroom at              in Hollywood, Florida. There was a burst of light similar to the experience at my apartment in 140 East 56th Street, Apt 4A, New York, New York.

— Brain hijacking and invisible proposal to George Phillips, HRH to become Queen of the Channel Islands.

— There was a statement of "anything that is one person's becomes George Phillips, HRH".

— There was another statement of "help me find the missing $785 million dollars". Continued practicing of how to say Jersey, Guernsey and the Isle of Man.

— The British Monarchy alliances stalkers then implied that I could be their maid, if being Queen of the Channel Islands did not work out.
— Finally, I have never met George Phillips, HRH.


**June 9, 2024 | Unauthorized Non-Consented Psychology, Business and Technology Social Media Experiment – LBTGQ+ Slur**

Uncle Jimmy and Uncle Neil                          's family, his direct nephews called Daniel (Dan) Saucier a "Faggot."  Uncle Jimmy and Uncle Neil are in their seventies (70s).


**June 9, 2024 | Uncle Jimmy and Uncle Neil Sir Patrick Allen's family, his direct nephews called TD Jakes,                  ,                        ,                          , a "Faggot."** Uncle Jimmy and Uncle Neil are in their seventies (70s).

8:36    SOS 📶 🔋 

People want to wear shorts and use the bathroom without people invisibly appearing to look at their vagina's, because of people like                ,

June 11, 2024 | Charisse S. Moore is not interested in incest with          , King Charles III, Prince Andrew, Prince Edward, Prince William, Prince Harry, George Phillips, HRH, Peter Phillips, HRH, Sir Patrick Allen, Uncle Jimmy, Uncle Neil, Patrick (Errol) Moore,

# Stephen Galloway, Brian Galloway, Travis Smith, Joshua Smith, Justin Smith, and/or any family member.

– _and_ are responsible for issues with The Monarchy name with .

– Make sure that everyone sucks breast, because Reggie McNair wants too.

**Charisse Moore_Friend Issue 2022_vF.docx**                    11

My entire retirement savings has been spent due to the brain hijacking unauthorized non-consented experiment endorsed by the British Monarchy, Vanderbilt University (Tara Duffie), Scenic Productions (owned by Terry Duffie) which was designed to deploy mental health disorders on people and make them homeless.  One of my previous retirement accounts has been shown below –

Deloitte Vanguard.

"Homeless plays" are people who donated money to the homeless population during the COVID-19 pandemic, such as Charisse S. Moore, who donated to a Men's shelter in Jackson, Mississippi estimated value $3,000.
- — March 31, 2023 through Present, depends on how you look at things
- — January 2024, April 2024, May 2024, June 2024